IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Greenbelt Division

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case No. 8:24-cv-3723 |
| ALPHONSO A. TILLMAN, II<br>409 Cano Court<br>Fort Washington, MD 20744<br>(Prince George's County) | ) ) ) ) ) ) |
| Defendant. | ) ) ) |

## COMPLAINT

Plaintiff UNITED STATES OF AMERICA brings this action at the request and with the authorization of the Chief Counsel of the Internal Revenue Service (IRS), a delegate of the Secretary of the Treasury, and at the direction of the Attorney General of the United States to obtain a judgment under 26 U.S.C. § 7401 against Defendant ALPHONSO TILLMAN for unpaid federal income tax assessments for tax years 2011-2012, 2014, and 2017-2023 and restitution-based assessments (RBAs) for quarterly tax periods June 30, 2005 to December 31, 2008.

### JURISDICTION AND VENUE

1. This Court has jurisdiction over this action under 28 U.S.C. §§ 1340, 1345 and 26 U.S.C. §§ 7402(a).

2. Venue is proper in this district under 28 U.S.C. §§ 1391(b) and 1396 because Alphonso Tillman, II resides in Prince George's County, Maryland.

## PARTIES

3. Plaintiff is the United States of America.

4. Defendant Alphonso Tillman, II is a citizen of the United States of America, and the liabilities described below accrued while he was a resident of Maryland within this Court's jurisdiction.

## COUNT I

### REDUCE TO JUDGMENT INCOME TAX ASSESSMENTS AGAINST ALPHOSO TILLMAN, II

5. A delegate of the Secretary of the Treasury assessed the following income tax liabilities against Alphonso Tillman, II based on federal income tax liabilities that he self-reported on his federal tax returns:

| Tax Period | Date of Assessment | Tax Assessed | Current Amount Due as of 12/13/2024 |
|---|---|---|---|
| 2011 | 12/08/2014 | $32,141.00 | $78,203.00 |
| 2012 | 05/06/2013 | $9,094.00 | $6,225.00 |
| 2014 | 11/16/2015 | $22,341.00 | $41,918.00 |
| 2017 | 11/26/2018 | $13,678.00 | $1,892.00 |
| 2018 | 10/10/2022 | $4,278.00 | $8,486.00 |
| 2019 | 10/24/2022 | $4,928.00 | $7,826.00 |
| 2020 | 04/18/2022 | $4,155.00 | $3,552.00 |
| 2021 | 09/02/2024 | $40,984.00 | $67,272.00 |
| 2022 | 09/02/2024 | $63,323.00 | $97,006.00 |
| 2021 | 09/16/2024 | $28,528.00 | $32,843.00 |
| TOTAL | | | $345,223.00 |

6. A delegate of the Secretary of the Treasury gave Tillman notice of the assessments and made a demand for payment.

7. Statutory additions, interest, and costs have been assessed, are accruing, and will continue to accrue on the assessments until the balance is paid in full.

8. Despite notice and demand for payment, Tillman has neglected or refused to fully pay the assessments in Paragraph 5.

9. As of December 13, 2024, the balance of the unpaid liabilities described in Paragraph 5 is **$345,223.00**, with interest that has accrued since then and will continue to accrue according to law until the balance is paid in full.

WHEREFORE, the United States of America respectfully requests that this Court adjudge and decree:

A. That judgment be entered against Defendant Alphonso A. Tillman, II in favor of the United States for federal income tax liabilities for tax years 2011-2012, 2014, and 2017-2023 in the amount of **$345,223.00** as of December 13, 2024, plus interest that has accrued since then and will continue to accrue as provided by law; and

B. That the United States shall recover its costs in this action and be awarded such other and further relief as this Court deems just and proper.

## COUNT II

### REDUCE TO JUDGMENT RESTITUTION-BASED ASSESSMENTS AGAINST ALPHOSO TILLMAN, II

10. The United States incorporates the foregoing paragraphs as if fully set forth herein.

11. On January 13, 2013, Tillman plead guilty to failure to account for and pay over federal employment taxes under 26 U.S.C. § 7202.

12. Tillman was sentenced to 24 months in prison and required to pay restitution in the total amount of $2,205,991.00. Tillman was to make the restitution payment in monthly installments of $3,500 over a period of three (3) years when he began his supervised release.

13. A delegate of the Secretary of the Treasury accordingly assessed the following restitution-based liabilities against Alphonso Tillman, II:

| Tax Period | Date of Assessment | RBA Assessed | Current Amount Due as of 12/9/2024 |
|---|---|---|---|
| 6/30/2005 | 11/23/2015 | $123,078.00 | $119,755.00 |
| 9/30/2005 | 11/23/2015 | $152,242.00 | $152,242.00 |
| 12/31/2005 | 11/23/2015 | $183,690.00 | $183,690.00 |
| 3/31/2006 | 11/23/2015 | $211,043.00 | $211,043.00 |
| 6/30/2006 | 11/23/2015 | $212,577.00 | $212,577.00 |
| 9/30/2006 | 11/23/2015 | $214,900.00 | $207,128.00 |
| 12/31/2006 | 11/23/2015 | $168,180.00 | $168,180.00 |
| 3/31/2007 | 11/23/2015 | $151,283.00 | $151,283.00 |
| 6/30/2007 | 11/30/2015 | $175,207.00 | $175,207.00 |
| 09/30/2007 | 11/23/2015 | $161,480.00 | $161,480.00 |
| 12/31/2007 | 12/07/2015 | $108,769.00 | $108,769.00 |
| 3/31/2008 | 11/23/2015 | $81,108.00 | $81,108.00 |
| 6/30/2008 | 11/23/2015 | $58,109.00 | $58,109.00 |
| 9/30/2008 | 11/23/2015 | $51,807.00 | $51,807.00 |
| 12/31/2008 | 11/23/2015 | $46,973.00 | $46,973.00 |
| **TOTAL** | | | **$2,089,351.00** |

14. A delegate of the Secretary of the Treasury gave Tillman notice of the restitution-based assessments and made a demand for payment.

15. Despite said notice and demand, Tillman has neglected or refused to fully pay the assessments in Paragraph 13.

16. As of December 9, 2024, the balance of the unpaid liabilities described in Paragraph 13 is **$2,089,351.00**.

WHEREFORE, the United States of America respectfully requests that this Court adjudge and decree:

C. That judgment be entered against Defendant Alphonso A. Tillman, II in favor of the United States for restitution-based assessments for quarterly tax periods June 30, 2005 to December 31, 2008 in the amount of **$2,089,351.00** as of December 9, 2024; and

D. That the United States shall recover its costs in this action and be awarded such other and further relief as this Court deems just and proper.

Dated: December 23, 2024

DAVID A. HUBBERT
Deputy Assistant Attorney General

*s/ Joycelyn S. Peyton*
JOYCELYN S. PEYTON
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 227
Washington, D.C. 20044
Tel: 202-514-6576
Joycelyn.S.Peyton@usdoj.gov
*Counsel for United States*