IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>  )<br>Plaintiff,   )<br>  )<br>v.   )<br>  )<br>ALPHONSO A. TILLMAN,   )<br>  )<br>  )<br>Defendants.   )<br>_____) | Case No. 8:24-CV-3723-ABA |

**REQUEST FOR ENTRY OF DEFAULT**

To: Clerk of the Court

The United States of America requests entry of default pursuant to Federal Rule of Civil Procedure 55(a) against Defendant Alphonso Tillman for his failure to appear or answer within the time allowed by Federal Rule of Civil Procedure 12.  Fed. R. Civ. P. 12(a)(1).  In support, the United States attaches the Declaration of Joycelyn S. Peyton.

Dated: May 13, 2025            By:      *s/ Joycelyn S. Peyton*
                                        JOYCELYN S. PEYTON
                                        Trial Attorney, Tax Division
                                        U.S. Department of Justice
                                        P.O. Box 227
                                        Washington, D.C.  20044
                                        202-514-6576 (v)
                                        202-514-6866 (f)
                                        Joycelyn.S.Peyton@usdoj.gov

## CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that service of the United States' **Request for Entry of Default** and its attachments has been made on May 13, 2025 via the U.S. Postal Service to Alphonso Tillman at 409 Cano Court, Ft. Washington, MD 20744.

>                By:   *s/ Joycelyn S. Peyton*
>                      JOYCELYN S. PEYTON
>                      Trial Attorney, Tax Division
>                      U.S. Department of Justice