**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

✓ ___ FILED ___ ENTERED
____ LOGGED _____ RECEIVED

4:17 pm, May 14 2025

AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY ___ R.M. ___ Deputy

United States of America,
   **Plaintiff,**                          *

         **v.**                            *          Civil No.:  **8:24-cv-03723-ABA**

Alphonso A. Tillman, II                    *
   **Defendant.**

                                    ******

## ORDER OF DEFAULT

It appearing from the records and/or affidavit of Joycelyn S. Peyton that copies of the Summons, Complaint, and Civil Cover Sheet were properly served upon Defendant Alphonso A. Tillman, II via private process server on March 12, 2025; that the time for said Defendant to plead or otherwise defend against the Complaint expired on April 3, 2025; that said Defendant has failed to plead or otherwise defend as directed in the Summons and as provided by the Federal Rules of Civil Procedure; and it further appearing that said Defendant is not an active member of the United States Uniformed Services;

It is therefore, upon the request of the Plaintiff, and pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, **ORDERED**, that default for want of answer or other defense by Defendant Alphonso A. Tillman, II is entered this 14th day of May 2025.

                                    CATHERINE M. STAVLAS, CLERK

                       By:     /s/_____
                                    Rebecca Maldeis, Deputy Clerk

U.S. District Court (Rev. 1/2000) - Order of Default