THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND
Greenbelt Division

| UNITED STATES OF AMERICA | Case No. 8:24-cv-3723 |
|---|---|
| Plaintiff, | **MOTION TO BE HEARD** |
| vs. | Speedy Trial By An Impartial Jury |
| Alphonso A. Tillman | USDC- GREENBELT '25 AUG 11 AM 9:58 |
| Defendant | |

Before me, the undersigned authority, personally appeared, Alphonso A. Tillman, who, being duly sworn and declares under penalty of perjury under the laws of the United States of America that the following is true and correct:

### **MOTION TO BE HEARD**

**NOW COMES** Alphonso A. Tillman, one of the People as recognized in the Bill and Declaration of Rights of all fifty states, and pursuant to the 1867 Maryland Constitution and the Declaration of Rights, including but not limited to Article 1, 2, 3, 4, 6, 7, 20, 33, 43, and 45. Exercising my exclusive, indefeasible, indubitable, and inalienable right to reform, alter, or abolish government in such manner as shall be deemed most conducive to the public good, and appearing *sui juris*, hereby respectfully submits this **Motion to Be Heard**, that ~~this Honorable~~ Court may provide due care in its consideration.

Autograph of Affiant Alphonso A. Tillman
409 Cano Court
Fort Washington, Maryland 20744

STATE OF MARYLAND

Alphonso A. Tillman came before me Arisuethd Jannet Cardenas Zavala known to me by sharing his / her State ID subscribed and sworn to me and I Arisuethd Jannet Cardenas Zavala have the authority to take that oath on this 11th day of August, 2025.

Notary (Seal)   Notary Signature Arisuethd Cardenas 08/11/2025

ARISUETHD JANNET CARDENAS ZAVALA
Notary Public
Prince George's County, Maryland
My Commission Expires 5/1/2027

## CERTIFICATE OF SERVICE

I, Alphonso A. Tillman have certified that I have this day file to the Clerk Of Court and Joycelyn S. Peyton delivery with this **MOTION TO BE HEARD** by Mail to 6500 Cherrywood Ln, Greenbelt, MD 20770 and P.O.BOX 227 Washington, DC 20044.

_____
Autograph of Affiant Alphonso A. Tillman
409 Cano Court
Fort Washington, Maryland 20744
