IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 8:24-CV-3723-ABA |
| | ) | |
| ALPHONSO A. TILLMAN, | ) | |
| | ) | |
| Defendant. | ) | |

# REQUEST FOR DEFAULT JUDGMENT

Plaintiff UNITED STATES OF AMERICA requests that the Clerk of the Court enter default judgment under Federal Rule of Civil Procedure 55(b) against Defendant ALPHONSO A. TILLMAN in the amounts of:

(a) $345,223 for federal income tax liabilities as of December 13, 2024, plus statutory additions to tax that have accrued since then and will continue to accrue according to law until the balance paid in full; and

(b) $2,089,351 for unpaid restitution-based liabilities as of December 9, 2024.

Default was entered against Defendant Alphonso Tillman on May 14, 2025. ECF. No. 9.

"If the plaintiff's claim is for a sum certain or a sum that can be made certain by computation, the clerk—on the plaintiff's request, with an affidavit showing the amount due—must enter judgment for that amount and costs against a defendant who has been

defaulted for not appearing and who is neither a minor nor an incompetent person."

Fed R. Civ. P. 55(b)(1).

As set forth in the attached Declaration of Avery Ashton ("Ashton Decl."), the United States' claim for (1) the unpaid federal income tax liabilities for tax years of 2011-2012, 2014, and 2017-2023 and (2) the unpaid restitution-based liabilities for tax periods ending in 2005-2008 are for sums certain. As of December 13, 2024, Tillman is indebted to the United States in the amount of $345,223 for the unpaid federal income taxes and accrued statutory interest. Ashton Decl. ¶¶ 5, 6. He is also indebted to the United States for unpaid restitution-based liabilities in the amount of $2,089,351 as of December 9, 2024. Ashton Decl. ¶¶ 8, 9.

Tillman is neither a minor nor an incompetent person, nor is he on active-duty status with a branch of the armed forces. Ashton Decl. 11; *see also* ECF. No. 8-1, Decl. of J. Peyton, ¶ 5. In support of this request, the United States has attached a proposed Judgment.

DATED: September 10, 2025    Respectfully submitted,

s/ *Joycelyn S. Peyton*
JOYCELYN S. PEYTON
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 227
Washington, D.C. 20044
Tel: 202-514-6576
Fax: 202-514-6866
Joycelyn.S.Peyton@usdoj.gov
*Counsel for the United States*

**CERTIFICATE OF SERVICE**

It is hereby certified that service of the United States' **Request for Default Judgment** for a sum certain has been made on September 10, 2025 via the U.S. Postal Service first class mail to Alphonso Tillman at 409 Cano Court, Ft. Washington, MD 20744.

*/s/ Joycelyn S. Peyton*
JOYCELYN S. PEYTON
