

# Internal Revenue Service
### United States Department of the Treasury

**Exhibit**

A
_____

---

This Product Contains Sensitive Taxpayer Data

# Account Transcript

| | |
|---|---|
| Request Date: | 12-13-2024 |
| Response Date: | 12-13-2024 |
| Tracking Number: | 107099262681 |

FORM NUMBER:    1040

TAX PERIOD:    Dec. 31, 2011

TAXPAYER IDENTIFICATION NUMBER:  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

ALPHONSO A TILLMAN

**<<<<POWER OF ATTORNEY/TAX INFORMATION AUTHORIZATION (POA/TIA) ON FILE>>>>**

--- ANY MINUS SIGN SHOWN BELOW SIGNIFIES A CREDIT AMOUNT ---

| | | |
|---|---|---|
| ACCOUNT BALANCE: | 71,233.96 | |
| ACCRUED INTEREST: | 6,968.66 | AS OF: Dec. 30, 2024 |
| ACCRUED PENALTY: | 0.00 | AS OF: Dec. 30, 2024 |

ACCOUNT BALANCE PLUS ACCRUALS
(this is not a payoff amount):        78,202.62

**\*\* INFORMATION FROM THE RETURN OR AS ADJUSTED \*\***

| | |
|---|---|
| EXEMPTIONS: | 01 |
| FILING STATUS: | Single |
| ADJUSTED GROSS INCOME: | 116,055.00 |
| TAXABLE INCOME: | 86,023.00 |
| TAX PER RETURN: | 32,141.00 |
| SE TAXABLE INCOME TAXPAYER: | 106,800.00 |
| SE TAXABLE INCOME SPOUSE: | 0.00 |
| TOTAL SELF EMPLOYMENT TAX: | 14,437.00 |

| | |
|---|---|
| RETURN DUE DATE OR RETURN RECEIVED DATE (WHICHEVER IS LATER) | Oct. 31, 2014 |
| PROCESSING DATE | Dec. 08, 2014 |

```
                                           TRANSACTIONS
```

| CODE | EXPLANATION OF TRANSACTION | CYCLE | DATE | AMOUNT |
|------|----------------------------|-------|------|--------|
| 150 | Tax return filed | 20144705 | 12-08-2014 | $32,141.00 |
| n/a | 09221-307-12216-4 | | | |
| 430 | Estimated tax payment | | 11-25-2011 | -$1,000.00 |
| 960 | Appointed representative | | 09-14-2012 | $0.00 |
| 140 | Inquiry for non-filing of tax return | | 05-08-2013 | $0.00 |
| 971 | Notice issued<br>CP 0059 | | 05-27-2013 | $0.00 |
| 960 | Appointed representative | | 08-06-2013 | $0.00 |
| 590 | Tax return not filed | | 04-24-2014 | $0.00 |
| 166 | Penalty for filing tax return after the due date<br>00-00-0000 | 20144705 | 12-08-2014 | $7,006.72 |
| 276 | Penalty for late payment of tax | 20144705 | 12-08-2014 | $4,982.56 |
| 196 | Interest charged for late payment | 20144705 | 12-08-2014 | $3,153.16 |
| 971 | Notice issued<br>CP 001S-SPC8 | | 12-08-2014 | $0.00 |
| 971 | Notice issued<br>CP 0023 | | 12-08-2014 | $0.00 |
| 971 | Pending installment agreement | | 02-20-2015 | $0.00 |
| 971 | Installment agreement established | | 02-27-2015 | $0.00 |
| 582 | Lien placed on assets due to balance owed | | 05-13-2016 | $0.00 |
| 971 | No longer in installment agreement status | | 02-27-2016 | $0.00 |
| 971 | Issued notice of lien filing and right to Collection<br>Due Process hearing | | 05-17-2016 | $0.00 |
| 360 | Fees and other expenses for collection | | 07-04-2016 | $6.00 |
| 971 | Collection due process Notice of Intent to Levy --<br>issued | | 04-05-2017 | $0.00 |
| 530 | Balance due account currently not collectible - due<br>to hardship | | 04-02-2019 | $0.00 |
| 971 | First Levy Issued on Module | | 04-22-2019 | $0.00 |
| 961 | Removed appointed representative | | 08-28-2020 | $0.00 |
| 971 | Notice issued<br>CP 071A | | 11-01-2021 | $0.00 |
| 196 | Interest charged for late payment | 20214105 | 11-01-2021 | $14,767.22 |
| 276 | Penalty for late payment of tax | 20214105 | 11-01-2021 | $2,802.68 |
| 971 | Notice issued<br>CP 071A | | 10-31-2022 | $0.00 |
| 196 | Interest charged for late payment | 20224105 | 10-31-2022 | $2,605.99 |
| 971 | Notice issued<br>CP 071A | | 10-30-2023 | $0.00 |
| 196 | Interest charged for late payment | 20234105 | 10-30-2023 | $4,744.63 |
| 531 | Account currently considered collectible | | 04-11-2024 | $0.00 |

Account Transcript 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 1040 201112 107099262681-1

| 960 | Appointed representative | 05-06-2024 | $0.00 |
| 520 | Bankruptcy or other legal action filed | 09-19-2024 | $0.00 |
| 582 | Lien placed on assets due to balance owed | 10-04-2024 | $0.00 |
| 360 | Fees and other expenses for collection | 10-28-2024 | $6.00 |
| 582 | Lien placed on assets due to balance owed | 10-25-2024 | $0.00 |
| 360 | Fees and other expenses for collection | 11-18-2024 | $18.00 |

This Product Contains Sensitive Taxpayer Data

# Internal Revenue Service
### United States Department of the Treasury

```
┌──────────────────────────────────────────────────────────────────────┐
│              This Product Contains Sensitive Taxpayer Data              │
└──────────────────────────────────────────────────────────────────────┘
```

# Account Transcript

|  |  |
|---|---|
| Request Date: | 12-13-2024 |
| Response Date: | 12-13-2024 |
| Tracking Number: | 107099262681 |

FORM NUMBER:     1040

TAX PERIOD:     Dec. 31, 2012

TAXPAYER IDENTIFICATION NUMBER:   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

ALPHONSO A TILLMAN II

**<<<<POWER OF ATTORNEY/TAX INFORMATION AUTHORIZATION (POA/TIA) ON FILE>>>>**

--- ANY MINUS SIGN SHOWN BELOW SIGNIFIES A CREDIT AMOUNT ---

| | | |
|---|---|---|
| ACCOUNT BALANCE: | 5,670.01 | |
| ACCRUED INTEREST: | 554.84 | AS OF: Dec. 30, 2024 |
| ACCRUED PENALTY: | 0.00 | AS OF: Dec. 30, 2024 |

ACCOUNT BALANCE PLUS ACCRUALS
(this is not a payoff amount):                6,224.85

** INFORMATION FROM THE RETURN OR AS ADJUSTED **

| | |
|---|---|
| EXEMPTIONS: | 01 |
| FILING STATUS: | Single |
| ADJUSTED GROSS INCOME: | 77,803.00 |
| TAXABLE INCOME: | 37,978.00 |
| TAX PER RETURN: | 9,094.00 |
| SE TAXABLE INCOME TAXPAYER: | 77,313.00 |
| SE TAXABLE INCOME SPOUSE: | 0.00 |
| TOTAL SELF EMPLOYMENT TAX: | 10,283.00 |

| | |
|---|---|
| RETURN DUE DATE OR RETURN RECEIVED DATE (WHICHEVER IS LATER) | Apr. 15, 2013 |
| PROCESSING DATE | May  06, 2013 |

```
                                        TRANSACTIONS
```

| CODE | EXPLANATION OF TRANSACTION | CYCLE | DATE | AMOUNT |
|------|----------------------------|-------|------|--------|
| 150 | Tax return filed | 20131605 | 05-06-2013 | $9,094.00 |
| n/a | 16211-500-22446-3 | | | |
| 806 | W-2 or 1099 withholding | | 04-15-2013 | -$17,454.00 |
| 960 | Appointed representative | | 09-14-2012 | $0.00 |
| 460 | Extension of time to file tax return ext. Date 10-15-2013 | | 04-14-2013 | $0.00 |
| 570 | Additional account action pending | | 05-06-2013 | $0.00 |
| 960 | Appointed representative | | 08-06-2013 | $0.00 |
| 826 | Credit transferred out to CIVIL PENALTY 199906 | | 04-15-2013 | $8,360.00 |
| 971 | Notice issued CP 0049 | | 09-16-2013 | $0.00 |
| 570 | Additional account action pending | | 09-30-2013 | $0.00 |
| 976 | Duplicate return filed | | 10-31-2014 | $0.00 |
| n/a | 09221-307-12217-4 | | | |
| 610 | Payment with return | | 10-30-2014 | -$16,804.00 |
| 560 | IRS can assess tax until 10-31-2017 | | 07-25-2015 | $0.00 |
| 570 | Additional account action pending | | 07-25-2015 | $0.00 |
| 821 | Removed credit transferred out to CIVIL PENALTY 199906 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 | | 04-15-2013 | -$8,360.00 |
| 270 | Penalty for late payment of tax | 20153305 | 09-07-2015 | $1,501.67 |
| 170 | Penalty for not pre-paying tax 00-00-0000 | 20153305 | 09-07-2015 | $283.00 |
| 160 | Penalty for filing tax return after the due date 00-00-0000 | 20153305 | 09-07-2015 | $3,556.58 |
| 807 | Reduced or removed W-2 or 1099 withholding | | 04-15-2013 | $17,454.00 |
| 290 | Additional tax assessed 00-00-0000 | 20153305 | 09-07-2015 | $6,713.00 |
| n/a | 07254-611-00087-5 | | | |
| 971 | Installment agreement established | | 09-26-2015 | $0.00 |
| 582 | Lien placed on assets due to balance owed | | 05-13-2016 | $0.00 |
| 360 | Fees and other expenses for collection | | 06-13-2016 | $6.00 |
| 971 | Issued notice of lien filing and right to Collection Due Process hearing | | 05-17-2016 | $0.00 |
| 706 | Credit transferred in from CIVIL PENALTY 199606 | | 09-16-2016 | -$1,400.60 |
| 706 | Credit transferred in from 1040 201512 | | 09-06-2016 | -$6.31 |
| 971 | Collection due process Notice of Intent to Levy -- issued | | 04-05-2017 | $0.00 |

| 530 | Balance due account currently not collectible – due to hardship | | 04-02-2019 | $0.00 |
| 971 | First Levy Issued on Module | | 04-22-2019 | $0.00 |
| 961 | Removed appointed representative | | 08-28-2020 | $0.00 |
| 971 | Notice issued<br>CP 071A | | 11-01-2021 | $0.00 |
| 196 | Interest charged for late payment | 20214105 | 11-01-2021 | $2,141.38 |
| 971 | Notice issued<br>CP 071A | | 10-31-2022 | $0.00 |
| 196 | Interest charged for late payment | 20224105 | 10-31-2022 | $207.50 |
| 971 | Notice issued<br>CP 071A | | 10-30-2023 | $0.00 |
| 196 | Interest charged for late payment | 20234105 | 10-30-2023 | $377.79 |
| 531 | Account currently considered collectible | | 04-11-2024 | $0.00 |
| 960 | Appointed representative | | 05-06-2024 | $0.00 |
| 520 | Bankruptcy or other legal action filed | | 09-19-2024 | $0.00 |
| 582 | Lien placed on assets due to balance owed | | 10-25-2024 | $0.00 |

This Product Contains Sensitive Taxpayer Data

# Internal Revenue Service
### United States Department of the Treasury

---

This Product Contains Sensitive Taxpayer Data

# Account Transcript

|                  |            |
|------------------|------------|
| Request Date:    | 12-13-2024 |
| Response Date:   | 12-13-2024 |
| Tracking Number: | 107099262681 |

FORM NUMBER:    1040

TAX PERIOD:    Dec. 31, 2014

TAXPAYER IDENTIFICATION NUMBER:   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

ALPHONSO A TILLMAN II

**<<<<POWER OF ATTORNEY/TAX INFORMATION AUTHORIZATION (POA/TIA) ON FILE>>>>**

--- ANY MINUS SIGN SHOWN BELOW SIGNIFIES A CREDIT AMOUNT ---

| | | |
|---|---|---|
| ACCOUNT BALANCE: | 38,181.41 | |
| ACCRUED INTEREST: | 3,736.33 | AS OF: Dec. 30, 2024 |
| ACCRUED PENALTY: | 0.00 | AS OF: Dec. 30, 2024 |

ACCOUNT BALANCE PLUS ACCRUALS
(this is not a payoff amount):      41,917.74

** INFORMATION FROM THE RETURN OR AS ADJUSTED **

| | |
|---|---|
| EXEMPTIONS: | 01 |
| FILING STATUS: | Single |
| ADJUSTED GROSS INCOME: | 88,397.00 |
| TAXABLE INCOME: | 56,326.00 |
| TAX PER RETURN: | 22,341.00 |
| SE TAXABLE INCOME TAXPAYER: | 81,065.00 |
| SE TAXABLE INCOME SPOUSE: | 0.00 |
| TOTAL SELF EMPLOYMENT TAX: | 12,403.00 |

| | |
|---|---|
| RETURN DUE DATE OR RETURN RECEIVED DATE (WHICHEVER IS LATER) | Oct. 08, 2015 |
| PROCESSING DATE | Nov. 16, 2015 |

```
                              TRANSACTIONS
```

| CODE | EXPLANATION OF TRANSACTION | CYCLE | DATE | AMOUNT |
|------|----------------------------|-------|------|--------|
| 150 | Tax return filed | 20154305 | 11-16-2015 | $22,341.00 |
| n/a | 16221-681-28059-5 | | | |
| 806 | W-2 or 1099 withholding | | 04-15-2015 | -$540.00 |
| 960 | Appointed representative | | 11-10-2014 | $0.00 |
| 460 | Extension of time to file tax return ext. Date 10-15-2015 | | 04-08-2015 | $0.00 |
| 170 | Penalty for not pre-paying tax 00-00-0000 | 20154305 | 11-16-2015 | $69.00 |
| 276 | Penalty for late payment of tax | 20154305 | 11-16-2015 | $872.04 |
| 196 | Interest charged for late payment | 20154305 | 11-16-2015 | $388.66 |
| 971 | Notice issued CP 0014 | | 11-16-2015 | $0.00 |
| 582 | Lien placed on assets due to balance owed | | 05-13-2016 | $0.00 |
| 971 | Issued notice of lien filing and right to Collection Due Process hearing | | 05-17-2016 | $0.00 |
| 971 | Collection due process Notice of Intent to Levy -- issued | | 05-03-2016 | $0.00 |
| 530 | Balance due account currently not collectible - due to hardship | | 04-02-2019 | $0.00 |
| 971 | First Levy Issued on Module | | 04-22-2019 | $0.00 |
| 971 | Notice issued CP 071A | | 11-01-2021 | $0.00 |
| 196 | Interest charged for late payment | 20214105 | 11-01-2021 | $6,531.24 |
| 276 | Penalty for late payment of tax | 20214105 | 11-01-2021 | $4,578.20 |
| 961 | Removed appointed representative | | 09-26-2022 | $0.00 |
| 971 | Notice issued CP 071A | | 10-31-2022 | $0.00 |
| 196 | Interest charged for late payment | 20224105 | 10-31-2022 | $1,397.29 |
| 971 | Notice issued CP 071A | | 10-30-2023 | $0.00 |
| 196 | Interest charged for late payment | 20234105 | 10-30-2023 | $2,543.98 |
| 531 | Account currently considered collectible | | 04-11-2024 | $0.00 |
| 960 | Appointed representative | | 05-06-2024 | $0.00 |
| 520 | Bankruptcy or other legal action filed | | 09-19-2024 | $0.00 |
| 582 | Lien placed on assets due to balance owed | | 10-25-2024 | $0.00 |

```
            This Product Contains Sensitive Taxpayer Data
```

# Internal Revenue Service
## United States Department of the Treasury

```
This Product Contains Sensitive Taxpayer Data
```

# Account Transcript

|                  |              |
|------------------|--------------|
| Request Date:    | 12-13-2024   |
| Response Date:   | 12-13-2024   |
| Tracking Number: | 107099262681 |

FORM NUMBER:     1040

TAX PERIOD:     Dec. 31, 2017

TAXPAYER IDENTIFICATION NUMBER:   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

ALPHONSO A TILLMAN II

**<<<<POWER OF ATTORNEY/TAX INFORMATION AUTHORIZATION (POA/TIA) ON FILE>>>>**

--- ANY MINUS SIGN SHOWN BELOW SIGNIFIES A CREDIT AMOUNT ---

| | | |
|---|---|---|
| ACCOUNT BALANCE: | 1,723.67 | |
| ACCRUED INTEREST: | 168.30 | AS OF: Dec. 30, 2024 |
| ACCRUED PENALTY: | 0.00 | AS OF: Dec. 30, 2024 |

ACCOUNT BALANCE PLUS ACCRUALS
(this is not a payoff amount):                    1,891.97

** INFORMATION FROM THE RETURN OR AS ADJUSTED **

| | |
|---|---|
| EXEMPTIONS: | 01 |
| FILING STATUS: | Single |
| ADJUSTED GROSS INCOME: | 94,375.00 |
| TAXABLE INCOME: | 56,348.00 |
| TAX PER RETURN: | 13,678.00 |
| SE TAXABLE INCOME TAXPAYER: | 25,215.00 |
| SE TAXABLE INCOME SPOUSE: | 0.00 |
| TOTAL SELF EMPLOYMENT TAX: | 3,858.00 |

| | |
|---|---|
| RETURN DUE DATE OR RETURN RECEIVED DATE (WHICHEVER IS LATER) | Oct. 16, 2018 |
| PROCESSING DATE | Nov. 26, 2018 |

TRANSACTIONS

| CODE | EXPLANATION OF TRANSACTION | CYCLE | DATE | AMOUNT |
|---|---|---|---|---|
| 150 | Tax return filed | 20184305 | 11-26-2018 | $13,678.00 |
| n/a | 16221-690-00444-8 | | | |
| 806 | W-2 or 1099 withholding | | 04-15-2018 | -$12,596.00 |
| 460 | Extension of time to file tax return ext. Date 10-15-2018 | | 04-09-2018 | $0.00 |
| 276 | Penalty for late payment of tax | 20184505 | 11-26-2018 | $43.28 |
| 196 | Interest charged for late payment | 20184505 | 11-26-2018 | $33.86 |
| 971 | Notice issued CP 0014 | | 11-26-2018 | $0.00 |
| 530 | Balance due account currently not collectible - due to hardship | | 04-02-2019 | $0.00 |
| 971 | Notice issued CP 071A | | 11-01-2021 | $0.00 |
| 196 | Interest charged for late payment | 20214105 | 11-01-2021 | $154.02 |
| 276 | Penalty for late payment of tax | 20214105 | 11-01-2021 | $227.22 |
| 971 | Notice issued CP 071A | | 10-31-2022 | $0.00 |
| 196 | Interest charged for late payment | 20224105 | 10-31-2022 | $62.85 |
| 971 | Notice issued CP 071A | | 10-30-2023 | $0.00 |
| 196 | Interest charged for late payment | 20234105 | 10-30-2023 | $114.44 |
| 531 | Account currently considered collectible | | 04-11-2024 | $0.00 |
| 960 | Appointed representative | | 05-06-2024 | $0.00 |
| 582 | Lien placed on assets due to balance owed | | 06-14-2024 | $0.00 |
| 971 | Collection due process Notice of Intent to Levy -- issued | | 06-13-2024 | $0.00 |
| 360 | Fees and other expenses for collection | | 07-15-2024 | $6.00 |
| 971 | Issued notice of lien filing and right to Collection Due Process hearing | | 06-18-2024 | $0.00 |
| 520 | Bankruptcy or other legal action filed | | 06-26-2024 | $0.00 |
| 971 | Collection due process request received timely | | 06-26-2024 | $0.00 |
| 520 | Bankruptcy or other legal action filed | | 09-19-2024 | $0.00 |
| 521 | Removed bankruptcy or other legal action | | 10-09-2024 | $0.00 |
| 971 | Collection due process (hearing) resolved by Appeals - Notice of Determination letter issued, you waived judicial review or withdrew the hearing request | | 10-18-2024 | $0.00 |
| 582 | Lien placed on assets due to balance owed | | 10-25-2024 | $0.00 |

This Product Contains Sensitive Taxpayer Data



# Internal Revenue Service
### United States Department of the Treasury

---

This Product Contains Sensitive Taxpayer Data

---

# Account Transcript

| | |
|---|---|
| Request Date: | 12-13-2024 |
| Response Date: | 12-13-2024 |
| Tracking Number: | 107099262681 |

FORM NUMBER:     1040

TAX PERIOD:     Dec. 31, 2018

TAXPAYER IDENTIFICATION NUMBER:   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

ALPHONSO A TILLMAN II

**<<<<POWER OF ATTORNEY/TAX INFORMATION AUTHORIZATION (POA/TIA) ON FILE>>>>**

--- ANY MINUS SIGN SHOWN BELOW SIGNIFIES A CREDIT AMOUNT ---

| | | |
|---|---|---|
| ACCOUNT BALANCE: | 7,753.65 | |
| ACCRUED INTEREST: | 732.67 | AS OF: Dec. 30, 2024 |
| ACCRUED PENALTY: | 0.00 | AS OF: Dec. 30, 2024 |

ACCOUNT BALANCE PLUS ACCRUALS
(this is not a payoff amount):          8,486.32

** INFORMATION FROM THE RETURN OR AS ADJUSTED **

| | |
|---|---|
| EXEMPTIONS: | 01 |
| FILING STATUS: | Single |
| ADJUSTED GROSS INCOME: | 27,850.00 |
| TAXABLE INCOME: | 550.00 |
| TAX PER RETURN: | 4,278.00 |
| SE TAXABLE INCOME TAXPAYER: | 27,674.00 |
| SE TAXABLE INCOME SPOUSE: | 0.00 |
| TOTAL SELF EMPLOYMENT TAX: | 4,234.00 |

| | |
|---|---|
| RETURN DUE DATE OR RETURN RECEIVED DATE (WHICHEVER IS LATER) | Feb. 08, 2022 |
| PROCESSING DATE | Oct. 10, 2022 |

| | TRANSACTIONS | | | |

| CODE | EXPLANATION OF TRANSACTION | CYCLE | DATE | AMOUNT |
|------|----------------------------|-------|------|--------|
| 150 | Tax return filed | 20223805 | 10-10-2022 | $4,278.00 |
| n/a | 09221-226-14227-2 | | | |
| 460 | Extension of time to file tax return ext. Date 10-15-2019 | | 03-29-2019 | $0.00 |
| 460 | Extension of time to file tax return ext. Date 10-15-2019 | | 04-15-2019 | $0.00 |
| 170 | Penalty for not pre-paying tax 00-00-0000 | 20223805 | 10-10-2022 | $139.00 |
| 166 | Penalty for filing tax return after the due date 00-00-0000 | 20223805 | 10-10-2022 | $962.55 |
| 276 | Penalty for late payment of tax | 20223805 | 10-10-2022 | $898.38 |
| 196 | Interest charged for late payment | 20223805 | 10-10-2022 | $753.39 |
| 971 | Notice issued CP 0014 | | 10-10-2022 | $0.00 |
| 971 | Notice issued CP 071C | | 11-13-2023 | $0.00 |
| 196 | Interest charged for late payment | 20234305 | 11-13-2023 | $551.21 |
| 276 | Penalty for late payment of tax | 20234305 | 11-13-2023 | $171.12 |
| 960 | Appointed representative | | 05-06-2024 | $0.00 |
| 582 | Lien placed on assets due to balance owed | | 06-14-2024 | $0.00 |
| 971 | Collection due process Notice of Intent to Levy -- issued | | 06-13-2024 | $0.00 |
| 971 | Issued notice of lien filing and right to Collection Due Process hearing | | 06-18-2024 | $0.00 |
| 520 | Bankruptcy or other legal action filed | | 06-26-2024 | $0.00 |
| 971 | Collection due process request received timely | | 06-26-2024 | $0.00 |
| 520 | Bankruptcy or other legal action filed | | 09-19-2024 | $0.00 |
| 521 | Removed bankruptcy or other legal action | | 10-09-2024 | $0.00 |
| 971 | Collection due process (hearing) resolved by Appeals - Notice of Determination letter issued, you waived judicial review or withdrew the hearing request | | 10-18-2024 | $0.00 |
| 582 | Lien placed on assets due to balance owed | | 10-25-2024 | $0.00 |

This Product Contains Sensitive Taxpayer Data



# Internal Revenue Service
### United States Department of the Treasury

---

This Product Contains Sensitive Taxpayer Data

---

# Account Transcript

|  |  |
| --- | --- |
| Request Date: | 12-13-2024 |
| Response Date: | 12-13-2024 |
| Tracking Number: | 107099262681 |

FORM NUMBER:    1040

TAX PERIOD:    Dec. 31, 2019

TAXPAYER IDENTIFICATION NUMBER:   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

ALPHONSO A TILLMAN II

**<<<<POWER OF ATTORNEY/TAX INFORMATION AUTHORIZATION (POA/TIA) ON FILE>>>>**

          --- ANY MINUS SIGN SHOWN BELOW SIGNIFIES A CREDIT AMOUNT ---

ACCOUNT BALANCE:                      6,924.89

ACCRUED INTEREST:                       654.37      AS OF: Dec. 30, 2024

ACCRUED PENALTY:                        246.40      AS OF: Dec. 30, 2024

ACCOUNT BALANCE PLUS ACCRUALS
(this is not a payoff amount):          7,825.66

          ** INFORMATION FROM THE RETURN OR AS ADJUSTED **

EXEMPTIONS:                                 01

FILING STATUS:                          Single

ADJUSTED GROSS INCOME:             26,572.00

TAXABLE INCOME:                     8,857.60

TAX PER RETURN:                     4,928.00

SE TAXABLE INCOME TAXPAYER:        26,404.00

SE TAXABLE INCOME SPOUSE:               0.00

TOTAL SELF EMPLOYMENT TAX:          4,040.00

RETURN DUE DATE OR RETURN RECEIVED DATE (WHICHEVER IS LATER)    Mar. 29, 2022

PROCESSING DATE                                                Oct. 24, 2022

---

TRANSACTIONS

---

| CODE | EXPLANATION OF TRANSACTION | CYCLE | DATE | AMOUNT |
|------|---------------------------|-------|------|--------|
| 150 | Tax return filed | 20224005 | 10-24-2022 | $4,928.00 |
| n/a | 09221-204-15327-2 | | | |
| 170 | Penalty for not pre-paying tax 00-00-0000 | 20224005 | 10-24-2022 | $145.00 |
| 276 | Penalty for late payment of tax | 20224005 | 10-24-2022 | $689.92 |
| 196 | Interest charged for late payment | 20224005 | 10-24-2022 | $398.54 |
| 971 | Notice issued CP 0014 | | 10-24-2022 | $0.00 |
| 971 | Notice issued CP 071C | | 11-13-2023 | $0.00 |
| 196 | Interest charged for late payment | 20234305 | 11-13-2023 | $467.75 |
| 276 | Penalty for late payment of tax | 20234305 | 11-13-2023 | $295.68 |
| 960 | Appointed representative | | 05-06-2024 | $0.00 |
| 582 | Lien placed on assets due to balance owed | | 06-14-2024 | $0.00 |
| 971 | Collection due process Notice of Intent to Levy -- issued | | 06-13-2024 | $0.00 |
| 971 | Issued notice of lien filing and right to Collection Due Process hearing | | 06-18-2024 | $0.00 |
| 520 | Bankruptcy or other legal action filed | | 06-26-2024 | $0.00 |
| 971 | Collection due process request received timely | | 06-26-2024 | $0.00 |
| 520 | Bankruptcy or other legal action filed | | 09-19-2024 | $0.00 |
| 521 | Removed bankruptcy or other legal action | | 10-09-2024 | $0.00 |
| 971 | Collection due process (hearing) resolved by Appeals - Notice of Determination letter issued, you waived judicial review or withdrew the hearing request | | 10-18-2024 | $0.00 |
| 582 | Lien placed on assets due to balance owed | | 10-25-2024 | $0.00 |

---

This Product Contains Sensitive Taxpayer Data

---



# Internal Revenue Service
## United States Department of the Treasury

---

This Product Contains Sensitive Taxpayer Data

---

# Account Transcript

|  |  |
|---|---|
| Request Date: | 12-13-2024 |
| Response Date: | 12-13-2024 |
| Tracking Number: | 107099262681 |

FORM NUMBER:    1040

TAX PERIOD:    Dec. 31, 2020

TAXPAYER IDENTIFICATION NUMBER:    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

ALPHONSO A TILLMAN II

**<<<<POWER OF ATTORNEY/TAX INFORMATION AUTHORIZATION (POA/TIA) ON FILE>>>>**

--- ANY MINUS SIGN SHOWN BELOW SIGNIFIES A CREDIT AMOUNT ---

| | | |
|---|---|---|
| ACCOUNT BALANCE: | 3,083.24 | |
| ACCRUED INTEREST: | 291.36 | AS OF: Dec. 30, 2024 |
| ACCRUED PENALTY: | 176.62 | AS OF: Dec. 30, 2024 |

ACCOUNT BALANCE PLUS ACCRUALS
(this is not a payoff amount):         3,551.22

** INFORMATION FROM THE RETURN OR AS ADJUSTED **

| | |
|---|---|
| EXEMPTIONS: | 01 |
| FILING STATUS: | Single |
| ADJUSTED GROSS INCOME: | 23,328.00 |
| TAXABLE INCOME: | 6,062.00 |
| TAX PER RETURN: | 4,155.00 |
| SE TAXABLE INCOME TAXPAYER: | 23,181.00 |
| SE TAXABLE INCOME SPOUSE: | 0.00 |
| TOTAL SELF EMPLOYMENT TAX: | 3,547.00 |

| | |
|---|---|
| RETURN DUE DATE OR RETURN RECEIVED DATE (WHICHEVER IS LATER) | Mar. 24, 2022 |
| PROCESSING DATE | Apr. 18, 2022 |

```
                                          TRANSACTIONS
```

| CODE | EXPLANATION OF TRANSACTION | CYCLE | DATE | AMOUNT |
|------|---------------------------|-------|------|--------|
| 150 | Tax return filed | 20221305 | 04-18-2022 | $4,155.00 |
| n/a | 16221-484-01629-2 | | | |
| 766 | Credit to your account | | 04-15-2021 | -$1,800.00 |
| 170 | Penalty for not pre-paying tax 00-00-0000 | 20221305 | 04-18-2022 | $37.00 |
| 166 | Penalty for filing tax return after the due date 00-00-0000 | 20221305 | 04-18-2022 | $529.87 |
| 276 | Penalty for late payment of tax | 20221305 | 04-18-2022 | $141.30 |
| 196 | Interest charged for late payment | 20221305 | 04-18-2022 | $82.24 |
| 971 | Notice issued CP 0014 | | 04-18-2022 | $0.00 |
| 167 | Reduced or removed penalty for filing tax return after the due date | | 09-12-2022 | -$529.87 |
| 196 | Interest charged for late payment | 20223405 | 09-12-2022 | $32.49 |
| 276 | Penalty for late payment of tax | 20223405 | 09-12-2022 | $47.10 |
| 971 | Notice issued CP 0022 | | 09-12-2022 | $0.00 |
| 971 | Notice issued CP 071C | | 11-13-2023 | $0.00 |
| 196 | Interest charged for late payment | 20234305 | 11-13-2023 | $223.26 |
| 276 | Penalty for late payment of tax | 20234305 | 11-13-2023 | $164.85 |
| 960 | Appointed representative | | 05-06-2024 | $0.00 |
| 582 | Lien placed on assets due to balance owed | | 06-14-2024 | $0.00 |
| 971 | Collection due process Notice of Intent to Levy -- issued | | 06-13-2024 | $0.00 |
| 971 | Issued notice of lien filing and right to Collection Due Process hearing | | 06-18-2024 | $0.00 |
| 520 | Bankruptcy or other legal action filed | | 06-26-2024 | $0.00 |
| 971 | Collection due process request received timely | | 06-26-2024 | $0.00 |
| 520 | Bankruptcy or other legal action filed | | 09-19-2024 | $0.00 |
| 290 | Additional tax assessed 00-00-0000 | 20244305 | 11-11-2024 | $0.00 |
| n/a | 19254-696-18024-4 | | | |
| 521 | Removed bankruptcy or other legal action | | 10-09-2024 | $0.00 |
| 971 | Collection due process (hearing) resolved by Appeals - Notice of Determination letter issued, you waived judicial review or withdrew the hearing request | | 10-18-2024 | $0.00 |
| 971 | Notice issued CP 0055 | | 11-11-2024 | $0.00 |
| 582 | Lien placed on assets due to balance owed | | 10-25-2024 | $0.00 |

```
                      This Product Contains Sensitive Taxpayer Data
```



# Internal Revenue Service
### United States Department of the Treasury

---

This Product Contains Sensitive Taxpayer Data

---

# Account Transcript

|                    |              |
|--------------------|--------------|
| Request Date:      | 12-13-2024   |
| Response Date:     | 12-13-2024   |
| Tracking Number:   | 107099262681 |

FORM NUMBER:      1040

TAX PERIOD:       Dec. 31, 2021


TAXPAYER IDENTIFICATION NUMBER:   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

ALPHONSO A TILLMAN

409 CANO CT

FT WASHINGTON, MD 20744-5165-097


**<<<<POWER OF ATTORNEY/TAX INFORMATION AUTHORIZATION (POA/TIA) ON FILE>>>>**

              --- ANY MINUS SIGN SHOWN BELOW SIGNIFIES A CREDIT AMOUNT ---

ACCOUNT BALANCE:                        64,745.89

ACCRUED INTEREST:                        1,706.01      AS OF: Dec. 30, 2024

ACCRUED PENALTY:                           819.68      AS OF: Dec. 30, 2024


ACCOUNT BALANCE PLUS ACCRUALS
(this is not a payoff amount):          67,271.58


          ** INFORMATION FROM THE RETURN OR AS ADJUSTED **


EXEMPTIONS:                                     01

FILING STATUS:                             Single

ADJUSTED GROSS INCOME:                 143,704.00

TAXABLE INCOME:                        104,933.00

TAX PER RETURN:                         40,984.00

SE TAXABLE INCOME TAXPAYER:            142,374.00

SE TAXABLE INCOME SPOUSE:                    0.00

TOTAL SELF EMPLOYMENT TAX:              21,783.00


RETURN DUE DATE OR RETURN RECEIVED DATE (WHICHEVER IS LATER)          Aug. 08, 2024

PROCESSING DATE                                         Sep. 02, 2024

---

## TRANSACTIONS

| CODE | EXPLANATION OF TRANSACTION | CYCLE | DATE | AMOUNT |
|------|----------------------------|-------|------|--------|
| 150 | Tax return filed | 20243305 | 09-02-2024 | $40,984.00 |
| n/a | 16221-621-01225-4 | | | |
| 460 | Extension of time to file tax return ext. Date 10-15-2022 | | 04-15-2022 | $0.00 |
| 960 | Appointed representative | | 05-06-2024 | $0.00 |
| 599 | Tax return secured | | 08-14-2024 | $0.00 |
| 166 | Penalty for filing tax return after the due date 00-00-0000 | 20243305 | 09-02-2024 | $9,221.40 |
| 276 | Penalty for late payment of tax | 20243305 | 09-02-2024 | $5,942.68 |
| 196 | Interest charged for late payment | 20243305 | 09-02-2024 | $8,597.81 |
| 971 | Notice issued CP 0014 | | 09-02-2024 | $0.00 |
| 971 | Amended tax return or claim forwarded for processing | | 08-12-2024 | $0.00 |
| 977 | Amended return filed | | 08-12-2024 | $0.00 |
| n/a | 83277-639-00264-4 | | | |
| 290 | Additional tax assessed 00-00-0000 | 20243905 | 10-14-2024 | $0.00 |
| n/a | 29254-667-05897-4 | | | |
| 520 | Bankruptcy or other legal action filed | | 09-19-2024 | $0.00 |

---

This Product Contains Sensitive Taxpayer Data



# Internal Revenue Service
### United States Department of the Treasury

---

This Product Contains Sensitive Taxpayer Data

---

# Account Transcript

|  |  |
|---|---|
| Request Date: | 12-13-2024 |
| Response Date: | 12-13-2024 |
| Tracking Number: | 107099262681 |

FORM NUMBER:     1040

TAX PERIOD:     Dec. 31, 2022

TAXPAYER IDENTIFICATION NUMBER:   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

ALPHONSO A TILLMAN

409 CANO CT

FT WASHINGTON, MD 20744-5165-097

<<<<**POWER OF ATTORNEY/TAX INFORMATION AUTHORIZATION (POA/TIA) ON FILE>>>>**

--- ANY MINUS SIGN SHOWN BELOW SIGNIFIES A CREDIT AMOUNT ---

| | | |
|---|---|---|
| ACCOUNT BALANCE: | 93,281.71 | |
| ACCRUED INTEREST: | 2,457.90 | AS OF: Dec. 30, 2024 |
| ACCRUED PENALTY: | 1,266.46 | AS OF: Dec. 30, 2024 |

ACCOUNT BALANCE PLUS ACCRUALS
(this is not a payoff amount):          97,006.07

** INFORMATION FROM THE RETURN OR AS ADJUSTED **

| | |
|---|---|
| EXEMPTIONS: | 01 |
| FILING STATUS: | Single |
| ADJUSTED GROSS INCOME: | 213,340.00 |
| TAXABLE INCOME: | 183,616.00 |
| TAX PER RETURN: | 63,323.00 |
| SE TAXABLE INCOME TAXPAYER: | 147,000.00 |
| SE TAXABLE INCOME SPOUSE: | 0.00 |
| TOTAL SELF EMPLOYMENT TAX: | 24,266.00 |

RETURN DUE DATE OR RETURN RECEIVED DATE (WHICHEVER IS LATER)          Aug. 08, 2024

PROCESSING DATE      Sep. 02, 2024

---

| TRANSACTIONS |
| --- |

| CODE | EXPLANATION OF TRANSACTION | CYCLE | DATE | AMOUNT |
|------|---------------------------|-------|------|--------|
| 150 | Tax return filed | 20243305 | 09-02-2024 | $63,323.00 |
| n/a | 16221-621-01133-4 | | | |
| 960 | Appointed representative | | 05-06-2024 | $0.00 |
| 599 | Tax return secured | | 08-14-2024 | $0.00 |
| 176 | Penalty for not pre-paying tax<br>00-00-0000 | 20243305 | 09-02-2024 | $1,642.17 |
| 166 | Penalty for filing tax return after the due date<br>00-00-0000 | 20243305 | 09-02-2024 | $14,247.67 |
| 276 | Penalty for late payment of tax | 20243305 | 09-02-2024 | $5,382.45 |
| 196 | Interest charged for late payment | 20243305 | 09-02-2024 | $8,686.42 |
| 971 | Notice issued<br>CP 0014 | | 09-02-2024 | $0.00 |
| 971 | Amended tax return or claim forwarded for processing | | 08-13-2024 | $0.00 |
| 977 | Amended return filed | | 08-13-2024 | $0.00 |
| n/a | 83277-639-00931-4 | | | |
| 290 | Additional tax assessed<br>00-00-0000 | 20243905 | 10-14-2024 | $0.00 |
| n/a | 29254-667-05899-4 | | | |
| 520 | Bankruptcy or other legal action filed | | 09-19-2024 | $0.00 |

| This Product Contains Sensitive Taxpayer Data |
| --- |



# Internal Revenue Service
## United States Department of the Treasury

This Product Contains Sensitive Taxpayer Data

# Account Transcript

|  |  |
|---|---|
| Request Date: | 12-13-2024 |
| Response Date: | 12-13-2024 |
| Tracking Number: | 107099262681 |

FORM NUMBER:     1040

TAX PERIOD:     Dec. 31, 2023


TAXPAYER IDENTIFICATION NUMBER:   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

ALPHONSO A TILLMAN

409 CANO CT

FT WASHINGTON, MD 20744-5165-097


<<<<**POWER OF ATTORNEY/TAX INFORMATION AUTHORIZATION (POA/TIA) ON FILE>>>>**

--- ANY MINUS SIGN SHOWN BELOW SIGNIFIES A CREDIT AMOUNT ---


ACCOUNT BALANCE:                          31,679.48

ACCRUED INTEREST:                            735.40      AS OF: Dec. 30, 2024

ACCRUED PENALTY:                             427.92      AS OF: Dec. 30, 2024


ACCOUNT BALANCE PLUS ACCRUALS
(this is not a payoff amount):            32,842.80


** INFORMATION FROM THE RETURN OR AS ADJUSTED **


EXEMPTIONS:                                       01

FILING STATUS:                               Single

ADJUSTED GROSS INCOME:                    108,721.00

TAXABLE INCOME:                            75,899.00

TAX PER RETURN:                            28,528.00

SE TAXABLE INCOME TAXPAYER:               108,024.00

SE TAXABLE INCOME SPOUSE:                       0.00

TOTAL SELF EMPLOYMENT TAX:                 16,528.00


RETURN DUE DATE OR RETURN RECEIVED DATE (WHICHEVER IS LATER)          Aug. 08, 2024

PROCESSING DATE                                                           Sep. 16, 2024

┌─────────────────────────────────────────────────────────────────────────┐
│                            TRANSACTIONS                                   │
└─────────────────────────────────────────────────────────────────────────┘

| CODE | EXPLANATION OF TRANSACTION | CYCLE | DATE | AMOUNT |
|---|---|---|---|---|
| 150 | Tax return filed | 20243305 | 09-16-2024 | $28,528.00 |
| n/a | 16221-621-04914-4 | | | |
| 460 | Extension of time to file tax return ext. Date 10-15-2024 | | 04-11-2024 | $0.00 |
| 960 | Appointed representative | | 05-06-2024 | $0.00 |
| 599 | Tax return secured | | 08-14-2024 | $0.00 |
| 176 | Penalty for not pre-paying tax 00-00-0000 | 20243505 | 09-16-2024 | $1,319.12 |
| 276 | Penalty for late payment of tax | 20243505 | 09-16-2024 | $855.84 |
| 196 | Interest charged for late payment | 20243505 | 09-16-2024 | $976.52 |
| 971 | Notice issued CP 0014 | | 09-16-2024 | $0.00 |
| 971 | Amended tax return or claim forwarded for processing | | 08-13-2024 | $0.00 |
| 977 | Amended return filed | | 08-13-2024 | $0.00 |
| n/a | 83277-639-03575-4 | | | |
| 290 | Additional tax assessed 00-00-0000 | 20243905 | 10-14-2024 | $0.00 |
| n/a | 29254-667-05900-4 | | | |
| 520 | Bankruptcy or other legal action filed | | 09-19-2024 | $0.00 |

┌─────────────────────────────────────────────────────────────────────────┐
│              This Product Contains Sensitive Taxpayer Data                │
└─────────────────────────────────────────────────────────────────────────┘