
# Internal Revenue Service
## United States Department of the Treasury

**Exhibit**
B

---

This Product Contains Sensitive Taxpayer Data

---

# Account Transcript

| | |
|---|---|
| Request Date: | 12-13-2024 |
| Response Date: | 12-13-2024 |
| Tracking Number: | 107099649307 |

FORM NUMBER:     1040 SEPARATE ASSESSMENT

TAX PERIOD:     Jun. 30, 2005


TAXPAYER IDENTIFICATION NUMBER:   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


ALPHONSO A TILLMAN


--- ANY MINUS SIGN SHOWN BELOW SIGNIFIES A CREDIT AMOUNT ---

ACCOUNT BALANCE:                    119,754.89

ACCRUED INTEREST:                         0.00     AS OF: Dec. 09, 2024

ACCRUED PENALTY:                          0.00     AS OF: Dec. 09, 2024


ACCOUNT BALANCE PLUS ACCRUALS
(this is not a payoff amount):      119,754.89


** INFORMATION FROM THE RETURN OR AS ADJUSTED **

RETURN NOT PRESENT FOR THIS ACCOUNT

---

TRANSACTIONS

---

| CODE | EXPLANATION OF TRANSACTION | CYCLE | DATE | AMOUNT |
|---|---|---|---|---|
| n/a | No tax return filed | | | |
| 971 | Tax court petition | | 07-29-2015 | $0.00 |
| 340 | Interest charged for late payment | 20154405 | 11-23-2015 | $75,230.61 |
| 298 | Additional tax assessed<br>00-00-0000 | 20154405 | | $123,078.07 |
| n/a | 49254-707-00132-5 | | | |

| 971 | Notice issued<br>CP 0094 | | 11-23-2015 | $0.00 |
| 290 | Additional tax assessed<br>00-00-0000 | 20171005 | 03-27-2017 | $0.00 |
| n/a | 28254-465-08337-7 | | | |
| 470 | Claim pending | | 03-27-2017 | $0.00 |
| 472 | Resolved claim | | 08-28-2017 | $0.00 |
| 472 | Resolved claim | | 08-28-2017 | $0.00 |
| 582 | Lien placed on assets due to balance owed | | 11-10-2017 | $0.00 |
| 971 | Issued notice of lien filing and right to Collection<br>Due Process hearing | | 11-14-2017 | $0.00 |
| 670 | Payment | | 02-13-2018 | -$349.18 |
| | 1040 200503<br>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 | | | |
| 971 | Collection due process Notice of Intent to Levy --<br>issued | | 04-12-2018 | $0.00 |
| 530 | Balance due account currently not collectible - due<br>to hardship | | 04-02-2019 | $0.00 |
| 971 | First Levy Issued on Module | | 04-22-2019 | $0.00 |
| 290 | Additional tax assessed<br>00-00-0000 | 20193605 | 09-23-2019 | $0.00 |
| n/a | 88254-642-06175-9 | | | |
| 470 | Claim pending | | 09-23-2019 | $0.00 |
| 472 | Resolved claim | | 05-20-2020 | $0.00 |
| 971 | Notice issued<br>CP 071A | | 11-01-2021 | $0.00 |
| 276 | Penalty for late payment of tax | 20214105 | 11-01-2021 | $30,739.84 |
| 341 | Reduced or removed interest charged for late payment | | 09-26-2022 | -$75,230.61 |
| 290 | Additional tax assessed<br>00-00-0000 | 20223605 | 09-26-2022 | $0.00 |
| n/a | 88254-645-05066-2 | | | |
| 470 | Claim pending | | 09-26-2022 | $0.00 |
| 971 | Notice issued<br>CP 071A | | 10-31-2022 | $0.00 |
| 670 | Payment | | 01-02-2018 | -$323.18 |
| | 1040 200503<br>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 | | | |
| 670 | Payment | | 01-17-2018 | -$1,500.00 |
| | 1040 200503<br>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 | | | |
| 670 | Payment | | 02-13-2018 | -$1,150.82 |
| | 1040 200503<br>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 | | | |
| 277 | Reduced or removed penalty for late payment of tax | | 12-26-2022 | -$274.25 |
| 971 | Notice issued<br>CP 071A | | 10-30-2023 | $0.00 |
| 531 | Account currently considered collectible | | 04-11-2024 | $0.00 |
| 271 | Reduced or removed penalty for late payment of tax | | 05-27-2024 | -$30,465.59 |

| 290 | Additional tax assessed<br>00-00-0000 | 20241905 05-27-2024 | $0.00 |
| n/a | 83254-523-00002-4 | | |
| 470 | Claim pending | 05-27-2024 | $0.00 |
| 520 | Bankruptcy or other legal action filed | 09-19-2024 | $0.00 |
| 472 | Resolved claim | 09-30-2024 | $0.00 |
| 582 | Lien placed on assets due to balance owed | 10-25-2024 | $0.00 |

This Product Contains Sensitive Taxpayer Data



# Internal Revenue Service
## United States Department of the Treasury

---

This Product Contains Sensitive Taxpayer Data

# Account Transcript

|  |  |
|---|---|
| Request Date: | 12-13-2024 |
| Response Date: | 12-13-2024 |
| Tracking Number: | 107099649307 |

FORM NUMBER:  1040 SEPARATE ASSESSMENT

TAX PERIOD:   Sep. 30, 2005

TAXPAYER IDENTIFICATION NUMBER: 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

ALPHONSO A TILLMAN

--- ANY MINUS SIGN SHOWN BELOW SIGNIFIES A CREDIT AMOUNT ---

| | | |
|---|---|---|
| ACCOUNT BALANCE: | 152,241.81 | |
| ACCRUED INTEREST: | 0.00 | AS OF: Dec. 09, 2024 |
| ACCRUED PENALTY: | 0.00 | AS OF: Dec. 09, 2024 |

ACCOUNT BALANCE PLUS ACCRUALS
(this is not a payoff amount):   152,241.81

** INFORMATION FROM THE RETURN OR AS ADJUSTED **

RETURN NOT PRESENT FOR THIS ACCOUNT

---

TRANSACTIONS

| CODE | EXPLANATION OF TRANSACTION | CYCLE | DATE | AMOUNT |
|---|---|---|---|---|
| n/a | No tax return filed | | | |
| 971 | Tax court petition | | 07-29-2015 | $0.00 |
| 340 | Interest charged for late payment | 20154405 | 11-23-2015 | $89,170.15 |
| 298 | Additional tax assessed 00-00-0000 | 20154405 | | $152,241.81 |
| n/a | 49254-707-00133-5 | | | |

| | | | | |
|---|---|---|---|---|
| 971 | Notice issued<br>CP 0094 | | 11-23-2015 | $0.00 |
| 290 | Additional tax assessed<br>00-00-0000 | 20171005 | 03-27-2017 | $0.00 |
| n/a | 28254-465-08338-7 | | | |
| 470 | Claim pending | | 03-27-2017 | $0.00 |
| 472 | Resolved claim | | 08-28-2017 | $0.00 |
| 472 | Resolved claim | | 08-28-2017 | $0.00 |
| 582 | Lien placed on assets due to balance owed | | 11-10-2017 | $0.00 |
| 971 | Issued notice of lien filing and right to Collection<br>Due Process hearing | | 11-14-2017 | $0.00 |
| 971 | Collection due process Notice of Intent to Levy --<br>issued | | 04-12-2018 | $0.00 |
| 530 | Balance due account currently not collectible - due<br>to hardship | | 04-02-2019 | $0.00 |
| 971 | First Levy Issued on Module | | 04-22-2019 | $0.00 |
| 290 | Additional tax assessed<br>00-00-0000 | 20193605 | 09-23-2019 | $0.00 |
| n/a | 88254-642-06176-9 | | | |
| 470 | Claim pending | | 09-23-2019 | $0.00 |
| 472 | Resolved claim | | 08-19-2020 | $0.00 |
| 971 | Notice issued<br>CP 071A | | 11-01-2021 | $0.00 |
| 276 | Penalty for late payment of tax | 20214105 | 11-01-2021 | $38,060.45 |
| 341 | Reduced or removed interest charged for late payment | | 09-26-2022 | -$89,170.15 |
| 290 | Additional tax assessed<br>00-00-0000 | 20223605 | 09-26-2022 | $0.00 |
| n/a | 88254-645-05067-2 | | | |
| 470 | Claim pending | | 09-26-2022 | $0.00 |
| 971 | Notice issued<br>CP 071A | | 10-31-2022 | $0.00 |
| 971 | Notice issued<br>CP 071A | | 10-30-2023 | $0.00 |
| 531 | Account currently considered collectible | | 04-11-2024 | $0.00 |
| 271 | Reduced or removed penalty for late payment of tax | | 05-27-2024 | -$38,060.45 |
| 290 | Additional tax assessed<br>00-00-0000 | 20241905 | 05-27-2024 | $0.00 |
| n/a | 83254-523-00004-4 | | | |
| 470 | Claim pending | | 05-27-2024 | $0.00 |
| 520 | Bankruptcy or other legal action filed | | 09-19-2024 | $0.00 |
| 472 | Resolved claim | | 09-30-2024 | $0.00 |
| 582 | Lien placed on assets due to balance owed | | 10-25-2024 | $0.00 |

---

This Product Contains Sensitive Taxpayer Data

# Internal Revenue Service
## United States Department of the Treasury

---

```
This Product Contains Sensitive Taxpayer Data
```

# Account Transcript

| | | |
|---|---|---|
| Request Date: | | 12-13-2024 |
| Response Date: | | 12-13-2024 |
| Tracking Number: | | 107099649307 |

FORM NUMBER:    1040 SEPARATE ASSESSMENT

TAX PERIOD:    Dec. 31, 2005

TAXPAYER IDENTIFICATION NUMBER:    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

ALPHONSO A TILLMAN

**<<<<POWER OF ATTORNEY/TAX INFORMATION AUTHORIZATION (POA/TIA) ON FILE>>>>**

--- ANY MINUS SIGN SHOWN BELOW SIGNIFIES A CREDIT AMOUNT ---

ACCOUNT BALANCE:                           183,690.07

ACCRUED INTEREST:                   0.00      AS OF: Dec. 09, 2024

ACCRUED PENALTY:                    0.00      AS OF: Dec. 09, 2024

ACCOUNT BALANCE PLUS ACCRUALS
(this is not a payoff amount):             183,690.07

** INFORMATION FROM THE RETURN OR AS ADJUSTED **

RETURN NOT PRESENT FOR THIS ACCOUNT

---

```
                              TRANSACTIONS
```

| CODE | EXPLANATION OF TRANSACTION | CYCLE | DATE | AMOUNT |
|---|---|---|---|---|
| n/a | No tax return filed | | | |
| 971 | Tax court petition | | 07-29-2015 | $0.00 |
| 340 | Interest charged for late payment | 20154405 | 11-23-2015 | $102,496.10 |
| 298 | Additional tax assessed<br>00-00-0000 | 20154405 | | $183,690.07 |
| n/a | 49254-707-00134-5 | | | |

Case 8:24-cv-03723-ABA    Document 16-3    Filed 09/10/25    Page 7 of 35

| Code | Description | | Date | Amount |
|------|-------------|---|------|--------|
| 971 | Notice issued<br>CP 0094 | | 11-23-2015 | $0.00 |
| 290 | Additional tax assessed<br>00-00-0000 | 20171005 | 03-27-2017 | $0.00 |
| n/a | 28254-465-08339-7 | | | |
| 470 | Claim pending | | 03-27-2017 | $0.00 |
| 472 | Resolved claim | | 08-28-2017 | $0.00 |
| 472 | Resolved claim | | 08-28-2017 | $0.00 |
| 582 | Lien placed on assets due to balance owed | | 11-10-2017 | $0.00 |
| 971 | Issued notice of lien filing and right to Collection Due Process hearing | | 11-14-2017 | $0.00 |
| 971 | Collection due process Notice of Intent to Levy -- issued | | 04-12-2018 | $0.00 |
| 530 | Balance due account currently not collectible - due to hardship | | 04-02-2019 | $0.00 |
| 971 | First Levy Issued on Module | | 04-22-2019 | $0.00 |
| 290 | Additional tax assessed<br>00-00-0000 | 20193605 | 09-23-2019 | $0.00 |
| n/a | 88254-642-06177-9 | | | |
| 470 | Claim pending | | 09-23-2019 | $0.00 |
| 472 | Resolved claim | | 05-19-2020 | $0.00 |
| 971 | Notice issued<br>CP 071A | | 11-01-2021 | $0.00 |
| 276 | Penalty for late payment of tax | 20214105 | 11-01-2021 | $45,922.52 |
| 341 | Reduced or removed interest charged for late payment | | 09-26-2022 | -$102,496.10 |
| 290 | Additional tax assessed<br>00-00-0000 | 20223605 | 09-26-2022 | $0.00 |
| n/a | 88254-645-05068-2 | | | |
| 470 | Claim pending | | 09-26-2022 | $0.00 |
| 971 | Notice issued<br>CP 071A | | 10-31-2022 | $0.00 |
| 971 | Notice issued<br>CP 071A | | 10-30-2023 | $0.00 |
| 531 | Account currently considered collectible | | 04-11-2024 | $0.00 |
| 271 | Reduced or removed penalty for late payment of tax | | 05-27-2024 | -$45,922.52 |
| 290 | Additional tax assessed<br>00-00-0000 | 20241905 | 05-27-2024 | $0.00 |
| n/a | 83254-523-00001-4 | | | |
| 470 | Claim pending | | 05-27-2024 | $0.00 |
| 520 | Bankruptcy or other legal action filed | | 09-19-2024 | $0.00 |
| 472 | Resolved claim | | 09-30-2024 | $0.00 |
| 960 | Appointed representative | | 10-03-2024 | $0.00 |
| 582 | Lien placed on assets due to balance owed | | 10-25-2024 | $0.00 |

---

This Product Contains Sensitive Taxpayer Data

---



# Internal Revenue Service
## United States Department of the Treasury

---

This Product Contains Sensitive Taxpayer Data

---

# Account Transcript

|  |  |
|---|---|
| Request Date: | 12-13-2024 |
| Response Date: | 12-13-2024 |
| Tracking Number: | 107099649307 |

FORM NUMBER:     1040 SEPARATE ASSESSMENT

TAX PERIOD:      Mar. 31, 2006

TAXPAYER IDENTIFICATION NUMBER:   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

ALPHONSO A TILLMAN

**<<<<POWER OF ATTORNEY/TAX INFORMATION AUTHORIZATION (POA/TIA) ON FILE>>>>**

--- ANY MINUS SIGN SHOWN BELOW SIGNIFIES A CREDIT AMOUNT ---

ACCOUNT BALANCE:                      211,042.79

ACCRUED INTEREST:                           0.00      AS OF: Dec. 09, 2024

ACCRUED PENALTY:                            0.00      AS OF: Dec. 09, 2024


ACCOUNT BALANCE PLUS ACCRUALS
(this is not a payoff amount):        211,042.79


** INFORMATION FROM THE RETURN OR AS ADJUSTED **

RETURN NOT PRESENT FOR THIS ACCOUNT

---

TRANSACTIONS

---

| CODE | EXPLANATION OF TRANSACTION | CYCLE | DATE | AMOUNT |
|---|---|---|---|---|
| n/a | No tax return filed | | | |
| 971 | Tax court petition | | 07-29-2015 | $0.00 |
| 340 | Interest charged for late payment | 20154405 | 11-23-2015 | $112,194.49 |
| 298 | Additional tax assessed<br>00-00-0000 | 20154405 | | $211,042.79 |
| n/a | 49254-707-00135-5 | | | |

| 971 | Notice issued<br>CP 0094 | | 11-23-2015 | $0.00 |
| 290 | Additional tax assessed<br>00-00-0000 | 20171005 | 03-27-2017 | $0.00 |
| n/a | 28254-465-08340-7 | | | |
| 470 | Claim pending | | 03-27-2017 | $0.00 |
| 472 | Resolved claim | | 08-28-2017 | $0.00 |
| 472 | Resolved claim | | 08-28-2017 | $0.00 |
| 582 | Lien placed on assets due to balance owed | | 11-10-2017 | $0.00 |
| 971 | Issued notice of lien filing and right to Collection<br>Due Process hearing | | 11-14-2017 | $0.00 |
| 971 | Collection due process Notice of Intent to Levy --<br>issued | | 04-12-2018 | $0.00 |
| 530 | Balance due account currently not collectible - due<br>to hardship | | 04-02-2019 | $0.00 |
| 971 | First Levy Issued on Module | | 04-22-2019 | $0.00 |
| 290 | Additional tax assessed<br>00-00-0000 | 20193605 | 09-23-2019 | $0.00 |
| n/a | 88254-642-06178-9 | | | |
| 470 | Claim pending | | 09-23-2019 | $0.00 |
| 472 | Resolved claim | | 08-18-2020 | $0.00 |
| 971 | Notice issued<br>CP 071A | | 11-01-2021 | $0.00 |
| 276 | Penalty for late payment of tax | 20214105 | 11-01-2021 | $52,760.69 |
| 341 | Reduced or removed interest charged for late payment | | 09-26-2022 | -$112,194.49 |
| 290 | Additional tax assessed<br>00-00-0000 | 20223605 | 09-26-2022 | $0.00 |
| n/a | 88254-645-05069-2 | | | |
| 470 | Claim pending | | 09-26-2022 | $0.00 |
| 971 | Notice issued<br>CP 071A | | 10-31-2022 | $0.00 |
| 971 | Notice issued<br>CP 071A | | 10-30-2023 | $0.00 |
| 531 | Account currently considered collectible | | 04-11-2024 | $0.00 |
| 271 | Reduced or removed penalty for late payment of tax | | 05-27-2024 | -$52,760.69 |
| 290 | Additional tax assessed<br>00-00-0000 | 20241905 | 05-27-2024 | $0.00 |
| n/a | 83254-523-00005-4 | | | |
| 960 | Appointed representative | | 05-06-2024 | $0.00 |
| 470 | Claim pending | | 05-27-2024 | $0.00 |
| 520 | Bankruptcy or other legal action filed | | 09-19-2024 | $0.00 |
| 472 | Resolved claim | | 09-30-2024 | $0.00 |
| 582 | Lien placed on assets due to balance owed | | 10-25-2024 | $0.00 |

This Product Contains Sensitive Taxpayer Data



# Internal Revenue Service
## United States Department of the Treasury

This Product Contains Sensitive Taxpayer Data

# Account Transcript

|  |  |
|---|---|
| Request Date: | 12-13-2024 |
| Response Date: | 12-13-2024 |
| Tracking Number: | 107099649307 |

FORM NUMBER:    1040 SEPARATE ASSESSMENT

TAX PERIOD:    Jun. 30, 2006

TAXPAYER IDENTIFICATION NUMBER:    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

ALPHONSO A TILLMAN

--- ANY MINUS SIGN SHOWN BELOW SIGNIFIES A CREDIT AMOUNT ---

| | | |
|---|---|---|
| ACCOUNT BALANCE: | 212,577.28 | |
| ACCRUED INTEREST: | 0.00 | AS OF: Dec. 09, 2024 |
| ACCRUED PENALTY: | 0.00 | AS OF: Dec. 09, 2024 |

ACCOUNT BALANCE PLUS ACCRUALS
(this is not a payoff amount):    212,577.28

** INFORMATION FROM THE RETURN OR AS ADJUSTED **

RETURN NOT PRESENT FOR THIS ACCOUNT

---

TRANSACTIONS

| CODE | EXPLANATION OF TRANSACTION | CYCLE | DATE | AMOUNT |
|---|---|---|---|---|
| n/a | No tax return filed | | | |
| 971 | Tax court petition | | 07-29-2015 | $0.00 |
| 340 | Interest charged for late payment | 20154405 | 11-23-2015 | $107,045.04 |
| 298 | Additional tax assessed 00-00-0000 | 20154405 | | $212,577.28 |
| n/a | 49254-707-00136-5 | | | |

| 971 | Notice issued<br>CP 0094 | | 11-23-2015 | $0.00 |
| 290 | Additional tax assessed<br>00-00-0000 | 20171005 | 03-27-2017 | $0.00 |
| n/a | 28254-465-08341-7 | | | |
| 470 | Claim pending | | 03-27-2017 | $0.00 |
| 472 | Resolved claim | | 08-28-2017 | $0.00 |
| 472 | Resolved claim | | 08-28-2017 | $0.00 |
| 582 | Lien placed on assets due to balance owed | | 11-10-2017 | $0.00 |
| 971 | Issued notice of lien filing and right to Collection<br>Due Process hearing | | 11-14-2017 | $0.00 |
| 971 | Collection due process Notice of Intent to Levy --<br>issued | | 04-12-2018 | $0.00 |
| 530 | Balance due account currently not collectible - due<br>to hardship | | 04-02-2019 | $0.00 |
| 971 | First Levy Issued on Module | | 04-22-2019 | $0.00 |
| 290 | Additional tax assessed<br>00-00-0000 | 20193605 | 09-23-2019 | $0.00 |
| n/a | 88254-642-06179-9 | | | |
| 470 | Claim pending | | 09-23-2019 | $0.00 |
| 472 | Resolved claim | | 05-26-2020 | $0.00 |
| 971 | Notice issued<br>CP 071A | | 11-01-2021 | $0.00 |
| 276 | Penalty for late payment of tax | 20214105 | 11-01-2021 | $53,144.32 |
| 341 | Reduced or removed interest charged for late payment | | 09-26-2022 | -$107,045.04 |
| 290 | Additional tax assessed<br>00-00-0000 | 20223605 | 09-26-2022 | $0.00 |
| n/a | 88254-645-05070-2 | | | |
| 470 | Claim pending | | 09-26-2022 | $0.00 |
| 971 | Notice issued<br>CP 071A | | 10-31-2022 | $0.00 |
| 971 | Notice issued<br>CP 071A | | 10-30-2023 | $0.00 |
| 531 | Account currently considered collectible | | 04-11-2024 | $0.00 |
| 271 | Reduced or removed penalty for late payment of tax | | 05-27-2024 | -$53,144.32 |
| 290 | Additional tax assessed<br>00-00-0000 | 20241905 | 05-27-2024 | $0.00 |
| n/a | 83254-523-00006-4 | | | |
| 470 | Claim pending | | 05-27-2024 | $0.00 |
| 520 | Bankruptcy or other legal action filed | | 09-19-2024 | $0.00 |
| 472 | Resolved claim | | 09-30-2024 | $0.00 |
| 582 | Lien placed on assets due to balance owed | | 10-25-2024 | $0.00 |

This Product Contains Sensitive Taxpayer Data


# Internal Revenue Service
## United States Department of the Treasury

---

This Product Contains Sensitive Taxpayer Data

# Account Transcript

|  |  |
|---|---|
| Request Date: | 12-13-2024 |
| Response Date: | 12-13-2024 |
| Tracking Number: | 107099649307 |

FORM NUMBER:    1040 SEPARATE ASSESSMENT

TAX PERIOD:    Sep. 30, 2006

TAXPAYER IDENTIFICATION NUMBER:  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

ALPHONSO A TILLMAN

--- ANY MINUS SIGN SHOWN BELOW SIGNIFIES A CREDIT AMOUNT ---

| | | |
|---|---|---|
| ACCOUNT BALANCE: | 207,127.66 | |
| ACCRUED INTEREST: | 0.00 | AS OF: Dec. 09, 2024 |
| ACCRUED PENALTY: | 0.00 | AS OF: Dec. 09, 2024 |

ACCOUNT BALANCE PLUS ACCRUALS
(this is not a payoff amount):    207,127.66

** INFORMATION FROM THE RETURN OR AS ADJUSTED **

RETURN NOT PRESENT FOR THIS ACCOUNT

---

TRANSACTIONS

| CODE | EXPLANATION OF TRANSACTION | CYCLE | DATE | AMOUNT |
|---|---|---|---|---|
| n/a | No tax return filed | | | |
| 971 | Tax court petition | | 07-29-2015 | $0.00 |
| 340 | Interest charged for late payment | 20154405 | 11-23-2015 | $101,765.56 |
| 298 | Additional tax assessed<br>00-00-0000 | 20154405 | | $214,900.73 |
| n/a | 49254-707-00137-5 | | | |

| 971 | Notice issued<br>CP 0094 | | 11-23-2015 | $0.00 |
|---|---|---|---|---|
| 766 | Credit to your account | | 09-22-2006 | -$7,773.07 |
| 290 | Additional tax assessed<br>00-00-0000 | 20160405 | 02-15-2016 | $0.00 |
| n/a | 83254-763-05231-5 | | | |
| 582 | Lien placed on assets due to balance owed | | 04-15-2016 | $0.00 |
| 971 | Issued notice of lien filing and right to Collection<br>Due Process hearing | | 04-19-2016 | $0.00 |
| 971 | Collection due process Notice of Intent to Levy --<br>issued | | 05-03-2016 | $0.00 |
| 290 | Additional tax assessed<br>00-00-0000 | 20171005 | 03-27-2017 | $0.00 |
| n/a | 28254-465-08342-7 | | | |
| 470 | Claim pending | | 03-27-2017 | $0.00 |
| 472 | Resolved claim | | 09-06-2017 | $0.00 |
| 530 | Balance due account currently not collectible - due<br>to hardship | | 04-02-2019 | $0.00 |
| 971 | First Levy Issued on Module | | 04-22-2019 | $0.00 |
| 971 | Notice issued<br>CP 071A | | 11-01-2021 | $0.00 |
| 276 | Penalty for late payment of tax | 20214105 | 11-01-2021 | $51,781.91 |
| 341 | Reduced or removed interest charged for late payment | | 09-26-2022 | -$101,765.56 |
| 290 | Additional tax assessed<br>00-00-0000 | 20223605 | 09-26-2022 | $0.00 |
| n/a | 88254-645-05071-2 | | | |
| 470 | Claim pending | | 09-26-2022 | $0.00 |
| 971 | Notice issued<br>CP 071A | | 10-31-2022 | $0.00 |
| 971 | Notice issued<br>CP 071A | | 10-30-2023 | $0.00 |
| 531 | Account currently considered collectible | | 04-11-2024 | $0.00 |
| 271 | Reduced or removed penalty for late payment of tax | | 05-27-2024 | -$51,781.91 |
| 290 | Additional tax assessed<br>00-00-0000 | 20241905 | 05-27-2024 | $0.00 |
| n/a | 83254-523-00007-4 | | | |
| 470 | Claim pending | | 05-27-2024 | $0.00 |
| 520 | Bankruptcy or other legal action filed | | 09-19-2024 | $0.00 |
| 472 | Resolved claim | | 09-30-2024 | $0.00 |
| 582 | Lien placed on assets due to balance owed | | 10-25-2024 | $0.00 |

This Product Contains Sensitive Taxpayer Data



# Internal Revenue Service
## United States Department of the Treasury

---

This Product Contains Sensitive Taxpayer Data

---

# Account Transcript

Request Date:     12-13-2024
Response Date:     12-13-2024
Tracking Number:     107099649307

FORM NUMBER:     1040 SEPARATE ASSESSMENT

TAX PERIOD:     Dec. 31, 2006

TAXPAYER IDENTIFICATION NUMBER:   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

ALPHONSO A TILLMAN

<<<<**POWER OF ATTORNEY/TAX INFORMATION AUTHORIZATION (POA/TIA) ON FILE**>>>>

--- ANY MINUS SIGN SHOWN BELOW SIGNIFIES A CREDIT AMOUNT ---

ACCOUNT BALANCE:     168,179.93

ACCRUED INTEREST:     0.00     AS OF: Dec. 09, 2024

ACCRUED PENALTY:     0.00     AS OF: Dec. 09, 2024

ACCOUNT BALANCE PLUS ACCRUALS
(this is not a payoff amount):     168,179.93

** INFORMATION FROM THE RETURN OR AS ADJUSTED **

RETURN NOT PRESENT FOR THIS ACCOUNT

---

TRANSACTIONS

---

| CODE | EXPLANATION OF TRANSACTION | CYCLE | DATE | AMOUNT |
|------|---------------------------|-------|------|--------|
| n/a | No tax return filed | | | |
| 971 | Tax court petition | | 07-29-2015 | $0.00 |
| 340 | Interest charged for late payment | 20154405 | 11-23-2015 | $74,694.49 |
| 298 | Additional tax assessed 00-00-0000 | 20154405 | | $168,179.93 |
| n/a | 49254-707-00138-5 | | | |

Case 8:24-cv-03723-ABA    Document 16-3    Filed 09/10/25    Page 15 of 35

| Code | Description | | Date | Amount |
|------|-------------|---|------|-------:|
| 971 | Notice issued<br>CP 0094 | | 11-23-2015 | $0.00 |
| 290 | Additional tax assessed<br>00-00-0000 | 20171005 | 03-27-2017 | $0.00 |
| n/a | 28254-465-08343-7 | | | |
| 470 | Claim pending | | 03-27-2017 | $0.00 |
| 472 | Resolved claim | | 08-28-2017 | $0.00 |
| 472 | Resolved claim | | 08-28-2017 | $0.00 |
| 582 | Lien placed on assets due to balance owed | | 11-10-2017 | $0.00 |
| 971 | Issued notice of lien filing and right to Collection Due Process hearing | | 11-14-2017 | $0.00 |
| 971 | Collection due process Notice of Intent to Levy -- issued | | 04-12-2018 | $0.00 |
| 530 | Balance due account currently not collectible - due to hardship | | 04-02-2019 | $0.00 |
| 971 | First Levy Issued on Module | | 04-22-2019 | $0.00 |
| 290 | Additional tax assessed<br>00-00-0000 | 20193605 | 09-23-2019 | $0.00 |
| n/a | 88254-642-06180-9 | | | |
| 470 | Claim pending | | 09-23-2019 | $0.00 |
| 472 | Resolved claim | | 05-04-2020 | $0.00 |
| 971 | Notice issued<br>CP 071A | | 11-01-2021 | $0.00 |
| 276 | Penalty for late payment of tax | 20214105 | 11-01-2021 | $42,044.98 |
| 341 | Reduced or removed interest charged for late payment | | 09-26-2022 | -$74,694.49 |
| 290 | Additional tax assessed<br>00-00-0000 | 20223605 | 09-26-2022 | $0.00 |
| n/a | 88254-645-05072-2 | | | |
| 470 | Claim pending | | 09-26-2022 | $0.00 |
| 971 | Notice issued<br>CP 071A | | 10-31-2022 | $0.00 |
| 971 | Notice issued<br>CP 071A | | 10-30-2023 | $0.00 |
| 531 | Account currently considered collectible | | 04-11-2024 | $0.00 |
| 271 | Reduced or removed penalty for late payment of tax | | 05-27-2024 | -$42,044.98 |
| 290 | Additional tax assessed<br>00-00-0000 | 20241905 | 05-27-2024 | $0.00 |
| n/a | 83254-523-00003-4 | | | |
| 470 | Claim pending | | 05-27-2024 | $0.00 |
| 520 | Bankruptcy or other legal action filed | | 09-19-2024 | $0.00 |
| 472 | Resolved claim | | 09-30-2024 | $0.00 |
| 960 | Appointed representative | | 10-03-2024 | $0.00 |
| 582 | Lien placed on assets due to balance owed | | 10-25-2024 | $0.00 |

This Product Contains Sensitive Taxpayer Data



# Internal Revenue Service
## United States Department of the Treasury

```
This Product Contains Sensitive Taxpayer Data
```

# Account Transcript

|                    |              |
|--------------------|--------------|
| Request Date:      | 12-13-2024   |
| Response Date:     | 12-13-2024   |
| Tracking Number:   | 107099649307 |

FORM NUMBER:    1040 SEPARATE ASSESSMENT

TAX PERIOD:     Mar. 31, 2007


TAXPAYER IDENTIFICATION NUMBER:   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

ALPHONSO A TILLMAN

**<<<<POWER OF ATTORNEY/TAX INFORMATION AUTHORIZATION (POA/TIA) ON FILE>>>>**

--- ANY MINUS SIGN SHOWN BELOW SIGNIFIES A CREDIT AMOUNT ---

ACCOUNT BALANCE:                        151,283.35

ACCRUED INTEREST:                             0.00     AS OF: Dec. 09, 2024

ACCRUED PENALTY:                              0.00     AS OF: Dec. 09, 2024


ACCOUNT BALANCE PLUS ACCRUALS
(this is not a payoff amount):          151,283.35


** INFORMATION FROM THE RETURN OR AS ADJUSTED **

RETURN NOT PRESENT FOR THIS ACCOUNT


```
                           TRANSACTIONS
```

| CODE | EXPLANATION OF TRANSACTION | CYCLE | DATE | AMOUNT |
|------|----------------------------|-------|------|--------|
| n/a  | No tax return filed        |       |      |        |
| 971  | Tax court petition         |       | 07-29-2015 | $0.00 |
| 340  | Interest charged for late payment | 20154405 | 11-23-2015 | $62,970.17 |
| 298  | Additional tax assessed 00-00-0000 | 20154405 | | $151,283.36 |
| n/a  | 49254-707-00139-5          |       |      |        |

Case 8:24-cv-03723-ABA    Document 16-3    Filed 09/10/25    Page 17 of 35

| Code | Description | | Date | Amount |
|------|-------------|---|------|--------|
| 971 | Notice issued<br>CP 0094 | | 11-23-2015 | $0.00 |
| 290 | Additional tax assessed<br>00-00-0000 | 20171005 | 03-27-2017 | $0.00 |
| n/a | 28254-465-08344-7 | | | |
| 470 | Claim pending | | 03-27-2017 | $0.00 |
| 472 | Resolved claim | | 08-28-2017 | $0.00 |
| 472 | Resolved claim | | 08-28-2017 | $0.00 |
| 582 | Lien placed on assets due to balance owed | | 11-10-2017 | $0.00 |
| 971 | Issued notice of lien filing and right to Collection<br>Due Process hearing | | 11-14-2017 | $0.00 |
| 971 | Collection due process Notice of Intent to Levy --<br>issued | | 04-12-2018 | $0.00 |
| 530 | Balance due account currently not collectible - due<br>to hardship | | 04-02-2019 | $0.00 |
| 971 | First Levy Issued on Module | | 04-22-2019 | $0.00 |
| 290 | Additional tax assessed<br>00-00-0000 | 20193605 | 09-23-2019 | $0.00 |
| n/a | 88254-642-06181-9 | | | |
| 470 | Claim pending | | 09-23-2019 | $0.00 |
| 472 | Resolved claim | | 08-18-2020 | $0.00 |
| 971 | Notice issued<br>CP 071A | | 11-01-2021 | $0.00 |
| 276 | Penalty for late payment of tax | 20214105 | 11-01-2021 | $37,820.84 |
| 341 | Reduced or removed interest charged for late payment | | 09-26-2022 | -$62,970.17 |
| 290 | Additional tax assessed<br>00-00-0000 | 20223605 | 09-26-2022 | $0.00 |
| n/a | 88254-645-05073-2 | | | |
| 470 | Claim pending | | 09-26-2022 | $0.00 |
| 971 | Notice issued<br>CP 071A | | 10-31-2022 | $0.00 |
| 971 | Notice issued<br>CP 071A | | 10-30-2023 | $0.00 |
| 531 | Account currently considered collectible | | 04-11-2024 | $0.00 |
| 271 | Reduced or removed penalty for late payment of tax | | 05-27-2024 | -$37,820.84 |
| 290 | Additional tax assessed<br>00-00-0000 | 20241905 | 05-27-2024 | $0.00 |
| n/a | 83254-523-00008-4 | | | |
| 766 | Credit to your account | | 04-06-2007 | -$0.01 |
| 290 | Additional tax assessed<br>00-00-0000 | 20241905 | 05-27-2024 | $0.00 |
| n/a | 83254-527-05116-4 | | | |
| 960 | Appointed representative | | 05-06-2024 | $0.00 |
| 470 | Claim pending | | 05-27-2024 | $0.00 |
| 520 | Bankruptcy or other legal action filed | | 09-19-2024 | $0.00 |
| 472 | Resolved claim | | 09-30-2024 | $0.00 |
| 582 | Lien placed on assets due to balance owed | | 10-25-2024 | $0.00 |

This Product Contains Sensitive Taxpayer Data



# Internal Revenue Service
## United States Department of the Treasury

---

This Product Contains Sensitive Taxpayer Data

# Account Transcript

| | |
|---|---|
| Request Date: | 12-13-2024 |
| Response Date: | 12-13-2024 |
| Tracking Number: | 107099649307 |

FORM NUMBER:      1040 SEPARATE ASSESSMENT

TAX PERIOD:       Jun. 30, 2007

TAXPAYER IDENTIFICATION NUMBER:  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

ALPHONSO A TILLMAN

--- ANY MINUS SIGN SHOWN BELOW SIGNIFIES A CREDIT AMOUNT ---

| | | | |
|---|---|---|---|
| ACCOUNT BALANCE: | 175,207.14 | | |
| ACCRUED INTEREST: | 0.00 | AS OF: Dec. 09, 2024 | |
| ACCRUED PENALTY: | 0.00 | AS OF: Dec. 09, 2024 | |

ACCOUNT BALANCE PLUS ACCRUALS
(this is not a payoff amount):       175,207.14

** INFORMATION FROM THE RETURN OR AS ADJUSTED **

RETURN NOT PRESENT FOR THIS ACCOUNT

---

TRANSACTIONS

| CODE | EXPLANATION OF TRANSACTION | CYCLE | DATE | AMOUNT |
|---|---|---|---|---|
| n/a | No tax return filed | | | |
| 971 | Tax court petition | | 07-29-2015 | $0.00 |
| 560 | IRS can assess tax until 09-30-2016 | | 09-23-2015 | $0.00 |
| 340 | Interest charged for late payment | 20154405 | 11-23-2015 | $55,463.52 |
| 298 | Additional tax assessed 00-00-0000 | 20154405 | | $142,957.77 |
| n/a | 49254-707-00140-5 | | | |

| Code | Description | Cycle/Date | Date | Amount |
|---|---|---|---|---|
| 340 | Interest charged for late payment | 20154505 | 11-30-2015 | $12,651.79 |
| 298 | Additional tax assessed 00-00-0000 | 20154505 | | $32,249.38 |
| n/a | 49254-707-00141-5 | | | |
| 971 | Notice issued CP 0094 | | 11-30-2015 | $0.00 |
| 290 | Additional tax assessed 00-00-0000 | 20171005 | 03-27-2017 | $0.00 |
| n/a | 28254-465-08345-7 | | | |
| 470 | Claim pending | | 03-27-2017 | $0.00 |
| 472 | Resolved claim | | 08-28-2017 | $0.00 |
| 472 | Resolved claim | | 08-28-2017 | $0.00 |
| 582 | Lien placed on assets due to balance owed | | 11-10-2017 | $0.00 |
| 971 | Issued notice of lien filing and right to Collection Due Process hearing | | 11-14-2017 | $0.00 |
| 971 | Collection due process Notice of Intent to Levy -- issued | | 04-12-2018 | $0.00 |
| 530 | Balance due account currently not collectible - due to hardship | | 04-02-2019 | $0.00 |
| 971 | First Levy Issued on Module | | 04-22-2019 | $0.00 |
| 290 | Additional tax assessed 00-00-0000 | 20193605 | 09-23-2019 | $0.00 |
| n/a | 88254-642-06182-9 | | | |
| 470 | Claim pending | | 09-23-2019 | $0.00 |
| 472 | Resolved claim | | 05-08-2020 | $0.00 |
| 766 | Credit to your account | | 05-04-2007 | -$0.01 |
| 290 | Additional tax assessed 00-00-0000 | 20211705 | 05-17-2021 | $0.00 |
| n/a | 83254-516-05218-1 | | | |
| 470 | Claim pending | | 05-17-2021 | $0.00 |
| 971 | Notice issued CP 071A | | 11-01-2021 | $0.00 |
| 276 | Penalty for late payment of tax | 20214105 | 11-01-2021 | $43,801.79 |
| 341 | Reduced or removed interest charged for late payment | | 09-26-2022 | -$68,115.31 |
| 290 | Additional tax assessed 00-00-0000 | 20223605 | 09-26-2022 | $0.00 |
| n/a | 88254-645-05074-2 | | | |
| 470 | Claim pending | | 09-26-2022 | $0.00 |
| 971 | Notice issued CP 071A | | 10-31-2022 | $0.00 |
| 472 | Resolved claim | | 05-03-2023 | $0.00 |
| 971 | Notice issued CP 071A | | 10-30-2023 | $0.00 |
| 531 | Account currently considered collectible | | 04-11-2024 | $0.00 |
| 271 | Reduced or removed penalty for late payment of tax | | 05-27-2024 | -$43,801.79 |
| 290 | Additional tax assessed 00-00-0000 | 20241905 | 05-27-2024 | $0.00 |

| n/a | 83254-523-00009-4 | | |
| --- | --- | --- | --- |
| 470 | Claim pending | 05-27-2024 | $0.00 |
| 472 | Resolved claim | 04-13-2023 | $0.00 |
| 472 | Resolved claim | 09-30-2024 | $0.00 |
| 520 | Bankruptcy or other legal action filed | 09-19-2024 | $0.00 |
| 582 | Lien placed on assets due to balance owed | 10-25-2024 | $0.00 |

---

This Product Contains Sensitive Taxpayer Data

---



# Internal Revenue Service
### United States Department of the Treasury

```
This Product Contains Sensitive Taxpayer Data
```

# Account Transcript

|                    |            |
|--------------------|------------|
| Request Date:      | 12-13-2024 |
| Response Date:     | 12-13-2024 |
| Tracking Number:   | 107099649307 |

FORM NUMBER:     1040 SEPARATE ASSESSMENT

TAX PERIOD:      Sep. 30, 2007

TAXPAYER IDENTIFICATION NUMBER:   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

ALPHONSO A TILLMAN

--- ANY MINUS SIGN SHOWN BELOW SIGNIFIES A CREDIT AMOUNT ---

| | | |
|---|---|---|
| ACCOUNT BALANCE: | 161,480.03 | |
| ACCRUED INTEREST: | 0.00 | AS OF: Dec. 09, 2024 |
| ACCRUED PENALTY: | 0.00 | AS OF: Dec. 09, 2024 |

ACCOUNT BALANCE PLUS ACCRUALS
(this is not a payoff amount):        161,480.03

** INFORMATION FROM THE RETURN OR AS ADJUSTED **

RETURN NOT PRESENT FOR THIS ACCOUNT

```
                            TRANSACTIONS
```

| CODE | EXPLANATION OF TRANSACTION | CYCLE | DATE | AMOUNT |
|------|---------------------------|-------|------|--------|
| n/a | No tax return filed | | | |
| 971 | Tax court petition | | 07-29-2015 | $0.00 |
| 340 | Interest charged for late payment | 20154405 | 11-23-2015 | $58,175.94 |
| 298 | Additional tax assessed<br>00-00-0000 | 20154405 | | $161,480.03 |
| n/a | 49254-707-00142-5 | | | |

| 971 | Notice issued<br>CP 0094 | | 11-23-2015 | $0.00 |
|---|---|---|---|---|
| 290 | Additional tax assessed<br>00-00-0000 | 20171005 | 03-27-2017 | $0.00 |
| n/a | 28254-465-08346-7 | | | |
| 470 | Claim pending | | 03-27-2017 | $0.00 |
| 472 | Resolved claim | | 08-28-2017 | $0.00 |
| 472 | Resolved claim | | 08-28-2017 | $0.00 |
| 582 | Lien placed on assets due to balance owed | | 11-10-2017 | $0.00 |
| 971 | Issued notice of lien filing and right to Collection<br>Due Process hearing | | 11-14-2017 | $0.00 |
| 971 | Collection due process Notice of Intent to Levy --<br>issued | | 04-12-2018 | $0.00 |
| 530 | Balance due account currently not collectible - due<br>to hardship | | 04-02-2019 | $0.00 |
| 971 | First Levy Issued on Module | | 04-22-2019 | $0.00 |
| 290 | Additional tax assessed<br>00-00-0000 | 20193605 | 09-23-2019 | $0.00 |
| n/a | 88254-642-06183-9 | | | |
| 470 | Claim pending | | 09-23-2019 | $0.00 |
| 472 | Resolved claim | | 02-04-2020 | $0.00 |
| 971 | Notice issued<br>CP 071A | | 11-01-2021 | $0.00 |
| 276 | Penalty for late payment of tax | 20214105 | 11-01-2021 | $40,370.00 |
| 341 | Reduced or removed interest charged for late payment | | 09-26-2022 | -$58,175.94 |
| 290 | Additional tax assessed<br>00-00-0000 | 20223605 | 09-26-2022 | $0.00 |
| n/a | 88254-645-05075-2 | | | |
| 470 | Claim pending | | 09-26-2022 | $0.00 |
| 971 | Notice issued<br>CP 071A | | 10-31-2022 | $0.00 |
| 971 | Notice issued<br>CP 071A | | 10-30-2023 | $0.00 |
| 531 | Account currently considered collectible | | 04-11-2024 | $0.00 |
| 271 | Reduced or removed penalty for late payment of tax | | 05-27-2024 | -$40,370.00 |
| 290 | Additional tax assessed<br>00-00-0000 | 20241905 | 05-27-2024 | $0.00 |
| n/a | 83254-523-00010-4 | | | |
| 470 | Claim pending | | 05-27-2024 | $0.00 |
| 472 | Resolved claim | | 09-30-2024 | $0.00 |
| 520 | Bankruptcy or other legal action filed | | 09-19-2024 | $0.00 |
| 582 | Lien placed on assets due to balance owed | | 10-25-2024 | $0.00 |

This Product Contains Sensitive Taxpayer Data



# Internal Revenue Service
### United States Department of the Treasury

```
This Product Contains Sensitive Taxpayer Data
```

# Account Transcript

|  |  |
| --- | --- |
| Request Date: | 12-13-2024 |
| Response Date: | 12-13-2024 |
| Tracking Number: | 107099649307 |

FORM NUMBER:    1040 SEPARATE ASSESSMENT

TAX PERIOD:    Dec. 31, 2007

TAXPAYER IDENTIFICATION NUMBER:  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

ALPHONSO A TILLMAN

**<<<<POWER OF ATTORNEY/TAX INFORMATION AUTHORIZATION (POA/TIA) ON FILE>>>>**

--- ANY MINUS SIGN SHOWN BELOW SIGNIFIES A CREDIT AMOUNT ---

ACCOUNT BALANCE:                        108,769.23

ACCRUED INTEREST:                            0.00    AS OF: Dec. 09, 2024

ACCRUED PENALTY:                             0.00    AS OF: Dec. 09, 2024


ACCOUNT BALANCE PLUS ACCRUALS
(this is not a payoff amount):          108,769.23


** INFORMATION FROM THE RETURN OR AS ADJUSTED **

RETURN NOT PRESENT FOR THIS ACCOUNT

```
                              TRANSACTIONS
```

| CODE | EXPLANATION OF TRANSACTION | CYCLE | DATE | AMOUNT |
| --- | --- | --- | --- | --- |
| n/a | No tax return filed | | | |
| 971 | Tax court petition | | 07-29-2015 | $0.00 |
| 340 | Interest charged for late payment | 20154605 | 12-07-2015 | $36,525.37 |
| 298 | Additional tax assessed<br>00-00-0000 | 20154605 | | $108,769.23 |
| n/a | 49254-721-00125-5 | | | |

| 971 | Notice issued<br>CP 0094 | | 12-07-2015 | $0.00 |
|---|---|---|---|---|
| 290 | Additional tax assessed<br>00-00-0000 | 20171005 | 03-27-2017 | $0.00 |
| n/a | 28254-465-08347-7 | | | |
| 470 | Claim pending | | 03-27-2017 | $0.00 |
| 472 | Resolved claim | | 08-28-2017 | $0.00 |
| 472 | Resolved claim | | 08-28-2017 | $0.00 |
| 582 | Lien placed on assets due to balance owed | | 11-10-2017 | $0.00 |
| 971 | Issued notice of lien filing and right to Collection<br>Due Process hearing | | 11-14-2017 | $0.00 |
| 971 | Collection due process Notice of Intent to Levy --<br>issued | | 04-12-2018 | $0.00 |
| 530 | Balance due account currently not collectible - due<br>to hardship | | 04-02-2019 | $0.00 |
| 971 | First Levy Issued on Module | | 04-22-2019 | $0.00 |
| 290 | Additional tax assessed<br>00-00-0000 | 20193605 | 09-23-2019 | $0.00 |
| n/a | 88254-642-06184-9 | | | |
| 470 | Claim pending | | 09-23-2019 | $0.00 |
| 472 | Resolved claim | | 01-20-2021 | $0.00 |
| 971 | Notice issued<br>CP 071A | | 11-01-2021 | $0.00 |
| 276 | Penalty for late payment of tax | 20214105 | 11-01-2021 | $27,192.31 |
| 341 | Reduced or removed interest charged for late payment | | 09-26-2022 | -$36,525.37 |
| 290 | Additional tax assessed<br>00-00-0000 | 20223605 | 09-26-2022 | $0.00 |
| n/a | 88254-645-05076-2 | | | |
| 470 | Claim pending | | 09-26-2022 | $0.00 |
| 971 | Notice issued<br>CP 071A | | 10-31-2022 | $0.00 |
| 472 | Resolved claim | | 05-25-2023 | $0.00 |
| 971 | Notice issued<br>CP 071A | | 10-30-2023 | $0.00 |
| 531 | Account currently considered collectible | | 04-11-2024 | $0.00 |
| 271 | Reduced or removed penalty for late payment of tax | | 05-27-2024 | -$27,192.31 |
| 290 | Additional tax assessed<br>00-00-0000 | 20241905 | 05-27-2024 | $0.00 |
| n/a | 83254-523-00011-4 | | | |
| 470 | Claim pending | | 05-27-2024 | $0.00 |
| 472 | Resolved claim | | 09-30-2024 | $0.00 |
| 960 | Appointed representative | | 10-03-2024 | $0.00 |
| 520 | Bankruptcy or other legal action filed | | 09-19-2024 | $0.00 |
| 582 | Lien placed on assets due to balance owed | | 10-25-2024 | $0.00 |

Case 8:24-cv-03723-ABA    Document 16-3    Filed 09/10/25    Page 26 of 35

This Product Contains Sensitive Taxpayer Data



# Internal Revenue Service
### United States Department of the Treasury

This Product Contains Sensitive Taxpayer Data

# Account Transcript

| | |
|---|---|
| Request Date: | 12-13-2024 |
| Response Date: | 12-13-2024 |
| Tracking Number: | 107099649307 |

FORM NUMBER:     1040 SEPARATE ASSESSMENT

TAX PERIOD:      Mar. 31, 2008


TAXPAYER IDENTIFICATION NUMBER:   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

ALPHONSO A TILLMAN

**<<<<POWER OF ATTORNEY/TAX INFORMATION AUTHORIZATION (POA/TIA) ON FILE>>>>**

--- ANY MINUS SIGN SHOWN BELOW SIGNIFIES A CREDIT AMOUNT ---

ACCOUNT BALANCE:                          81,107.78

ACCRUED INTEREST:                              0.00      AS OF: Dec. 09, 2024

ACCRUED PENALTY:                               0.00      AS OF: Dec. 09, 2024


ACCOUNT BALANCE PLUS ACCRUALS
(this is not a payoff amount):            81,107.78


** INFORMATION FROM THE RETURN OR AS ADJUSTED **

RETURN NOT PRESENT FOR THIS ACCOUNT

---

TRANSACTIONS

| CODE | EXPLANATION OF TRANSACTION | CYCLE | DATE | AMOUNT |
|---|---|---|---|---|
| n/a | No tax return filed | | | |
| 971 | Tax court petition | | 07-29-2015 | $0.00 |
| 340 | Interest charged for late payment | 20154405 | 11-23-2015 | $25,352.42 |
| 298 | Additional tax assessed 11-23-2025 | 20154405 | | $81,107.78 |
| n/a | 49254-707-00143-5 | | | |

| 971 | Notice issued<br>CP 0094 | | 11-23-2015 | $0.00 |
|---|---|---|---|---|
| 290 | Additional tax assessed<br>00-00-0000 | 20171005 | 03-27-2017 | $0.00 |
| n/a | 28254-465-08348-7 | | | |
| 470 | Claim pending | | 03-27-2017 | $0.00 |
| 472 | Resolved claim | | 08-28-2017 | $0.00 |
| 472 | Resolved claim | | 08-28-2017 | $0.00 |
| 582 | Lien placed on assets due to balance owed | | 11-10-2017 | $0.00 |
| 971 | Issued notice of lien filing and right to Collection<br>Due Process hearing | | 11-14-2017 | $0.00 |
| 971 | Collection due process Notice of Intent to Levy --<br>issued | | 04-12-2018 | $0.00 |
| 530 | Balance due account currently not collectible - due<br>to hardship | | 04-02-2019 | $0.00 |
| 971 | First Levy Issued on Module | | 04-22-2019 | $0.00 |
| 290 | Additional tax assessed<br>00-00-0000 | 20193605 | 09-23-2019 | $0.00 |
| n/a | 88254-642-06185-9 | | | |
| 470 | Claim pending | | 09-23-2019 | $0.00 |
| 472 | Resolved claim | | 08-14-2020 | $0.00 |
| 971 | Notice issued<br>CP 071A | | 11-01-2021 | $0.00 |
| 276 | Penalty for late payment of tax | 20214105 | 11-01-2021 | $20,276.95 |
| 341 | Reduced or removed interest charged for late payment | | 09-26-2022 | -$25,352.42 |
| 290 | Additional tax assessed<br>00-00-0000 | 20223605 | 09-26-2022 | $0.00 |
| n/a | 88254-645-05077-2 | | | |
| 470 | Claim pending | | 09-26-2022 | $0.00 |
| 971 | Notice issued<br>CP 071A | | 10-31-2022 | $0.00 |
| 971 | Notice issued<br>CP 071A | | 10-30-2023 | $0.00 |
| 531 | Account currently considered collectible | | 04-11-2024 | $0.00 |
| 271 | Reduced or removed penalty for late payment of tax | | 05-27-2024 | -$20,276.95 |
| 290 | Additional tax assessed<br>00-00-0000 | 20241905 | 05-27-2024 | $0.00 |
| n/a | 83254-523-00012-4 | | | |
| 960 | Appointed representative | | 05-06-2024 | $0.00 |
| 470 | Claim pending | | 05-27-2024 | $0.00 |
| 472 | Resolved claim | | 09-30-2024 | $0.00 |
| 582 | Lien placed on assets due to balance owed | | 10-25-2024 | $0.00 |

```
This Product Contains Sensitive Taxpayer Data
```



# Internal Revenue Service
## United States Department of the Treasury

---

This Product Contains Sensitive Taxpayer Data

---

# Account Transcript

|  |  |
|---|---|
| Request Date: | 12-13-2024 |
| Response Date: | 12-13-2024 |
| Tracking Number: | 107099649307 |

FORM NUMBER:   1040 SEPARATE ASSESSMENT

TAX PERIOD:   Jun. 30, 2008

TAXPAYER IDENTIFICATION NUMBER:  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

ALPHONSO A TILLMAN

--- ANY MINUS SIGN SHOWN BELOW SIGNIFIES A CREDIT AMOUNT ---

| | | |
|---|---|---|
| ACCOUNT BALANCE: | 58,108.94 | |
| ACCRUED INTEREST: | 0.00 | AS OF: Dec. 09, 2024 |
| ACCRUED PENALTY: | 0.00 | AS OF: Dec. 09, 2024 |

ACCOUNT BALANCE PLUS ACCRUALS
(this is not a payoff amount):   58,108.94

** INFORMATION FROM THE RETURN OR AS ADJUSTED **

RETURN NOT PRESENT FOR THIS ACCOUNT

---

TRANSACTIONS

---

| CODE | EXPLANATION OF TRANSACTION | CYCLE | DATE | AMOUNT |
|---|---|---|---|---|
| n/a | No tax return filed | | | |
| 971 | Tax court petition | | 07-29-2015 | $0.00 |
| 340 | Interest charged for late payment | 20154405 | 11-23-2015 | $17,085.55 |
| 298 | Additional tax assessed<br>00-00-0000 | 20154405 | | $58,108.94 |
| n/a | 49254-707-00144-5 | | | |

Case 8:24-cv-03723-ABA    Document 16-3    Filed 09/10/25    Page 30 of 35

| | | | | |
|---|---|---|---|---|
| 971 | Notice issued<br>CP 0094 | | 11-23-2015 | $0.00 |
| 290 | Additional tax assessed<br>00-00-0000 | 20171005 | 03-27-2017 | $0.00 |
| n/a | 28254-465-08349-7 | | | |
| 470 | Claim pending | | 03-27-2017 | $0.00 |
| 472 | Resolved claim | | 08-28-2017 | $0.00 |
| 472 | Resolved claim | | 08-28-2017 | $0.00 |
| 582 | Lien placed on assets due to balance owed | | 11-10-2017 | $0.00 |
| 971 | Issued notice of lien filing and right to Collection<br>Due Process hearing | | 11-14-2017 | $0.00 |
| 971 | Collection due process Notice of Intent to Levy --<br>issued | | 04-12-2018 | $0.00 |
| 530 | Balance due account currently not collectible - due<br>to hardship | | 04-02-2019 | $0.00 |
| 971 | First Levy Issued on Module | | 04-22-2019 | $0.00 |
| 290 | Additional tax assessed<br>00-00-0000 | 20193605 | 09-23-2019 | $0.00 |
| n/a | 88254-642-06186-9 | | | |
| 470 | Claim pending | | 09-23-2019 | $0.00 |
| 472 | Resolved claim | | 05-06-2020 | $0.00 |
| 971 | Notice issued<br>CP 071A | | 11-01-2021 | $0.00 |
| 276 | Penalty for late payment of tax | 20214105 | 11-01-2021 | $14,527.24 |
| 341 | Reduced or removed interest charged for late payment | | 09-26-2022 | -$17,085.55 |
| 290 | Additional tax assessed<br>00-00-0000 | 20223605 | 09-26-2022 | $0.00 |
| n/a | 88254-645-05078-2 | | | |
| 470 | Claim pending | | 09-26-2022 | $0.00 |
| 971 | Notice issued<br>CP 071A | | 10-31-2022 | $0.00 |
| 971 | Notice issued<br>CP 071A | | 10-30-2023 | $0.00 |
| 531 | Account currently considered collectible | | 04-11-2024 | $0.00 |
| 271 | Reduced or removed penalty for late payment of tax | | 05-27-2024 | -$14,527.24 |
| 290 | Additional tax assessed<br>00-00-0000 | 20241905 | 05-27-2024 | $0.00 |
| n/a | 83254-523-00013-4 | | | |
| 470 | Claim pending | | 05-27-2024 | $0.00 |
| 472 | Resolved claim | | 09-30-2024 | $0.00 |
| 520 | Bankruptcy or other legal action filed | | 09-19-2024 | $0.00 |
| 582 | Lien placed on assets due to balance owed | | 10-25-2024 | $0.00 |

---

This Product Contains Sensitive Taxpayer Data



**Internal Revenue Service**
United States Department of the Treasury

| This Product Contains Sensitive Taxpayer Data |
| --- |

# Account Transcript

| | |
| --- | --- |
| Request Date: | 12-13-2024 |
| Response Date: | 12-13-2024 |
| Tracking Number: | 107099649307 |

FORM NUMBER:    1040 SEPARATE ASSESSMENT

TAX PERIOD:     Sep. 30, 2008

TAXPAYER IDENTIFICATION NUMBER:  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

ALPHONSO A TILLMAN

--- ANY MINUS SIGN SHOWN BELOW SIGNIFIES A CREDIT AMOUNT ---

| | | |
| --- | --- | --- |
| ACCOUNT BALANCE: | 51,806.68 | |
| ACCRUED INTEREST: | 0.00 | AS OF: Dec. 09, 2024 |
| ACCRUED PENALTY: | 0.00 | AS OF: Dec. 09, 2024 |

ACCOUNT BALANCE PLUS ACCRUALS
(this is not a payoff amount):        51,806.68

** INFORMATION FROM THE RETURN OR AS ADJUSTED **

RETURN NOT PRESENT FOR THIS ACCOUNT

| TRANSACTIONS |
| --- |

| CODE | EXPLANATION OF TRANSACTION | CYCLE | DATE | AMOUNT |
| --- | --- | --- | --- | --- |
| n/a | No tax return filed | | | |
| 971 | Tax court petition | | 07-29-2015 | $0.00 |
| 340 | Interest charged for late payment | 20154405 | 11-23-2015 | $14,339.24 |
| 298 | Additional tax assessed 00-00-0000 | 20154405 | | $51,806.68 |
| n/a | 49254-707-00145-5 | | | |

| 971 | Notice issued<br>CP 0094 | | 11-23-2015 | $0.00 |
| 290 | Additional tax assessed<br>00-00-0000 | 20171005 | 03-27-2017 | $0.00 |
| n/a | 28254-465-08350-7 | | | |
| 470 | Claim pending | | 03-27-2017 | $0.00 |
| 472 | Resolved claim | | 08-28-2017 | $0.00 |
| 472 | Resolved claim | | 08-28-2017 | $0.00 |
| 582 | Lien placed on assets due to balance owed | | 11-10-2017 | $0.00 |
| 971 | Issued notice of lien filing and right to Collection<br>Due Process hearing | | 11-14-2017 | $0.00 |
| 971 | Collection due process Notice of Intent to Levy --<br>issued | | 04-12-2018 | $0.00 |
| 530 | Balance due account currently not collectible - due<br>to hardship | | 04-02-2019 | $0.00 |
| 971 | First Levy Issued on Module | | 04-22-2019 | $0.00 |
| 290 | Additional tax assessed<br>00-00-0000 | 20193605 | 09-23-2019 | $0.00 |
| n/a | 88254-642-06187-9 | | | |
| 470 | Claim pending | | 09-23-2019 | $0.00 |
| 472 | Resolved claim | | 08-14-2020 | $0.00 |
| 971 | Notice issued<br>CP 071A | | 11-01-2021 | $0.00 |
| 276 | Penalty for late payment of tax | 20214105 | 11-01-2021 | $12,951.67 |
| 341 | Reduced or removed interest charged for late payment | | 09-26-2022 | -$14,339.24 |
| 290 | Additional tax assessed<br>00-00-0000 | 20223605 | 09-26-2022 | $0.00 |
| n/a | 88254-645-05079-2 | | | |
| 470 | Claim pending | | 09-26-2022 | $0.00 |
| 971 | Notice issued<br>CP 071A | | 10-31-2022 | $0.00 |
| 971 | Notice issued<br>CP 071A | | 10-30-2023 | $0.00 |
| 531 | Account currently considered collectible | | 04-11-2024 | $0.00 |
| 271 | Reduced or removed penalty for late payment of tax | | 05-27-2024 | -$12,951.67 |
| 290 | Additional tax assessed<br>00-00-0000 | 20241905 | 05-27-2024 | $0.00 |
| n/a | 83254-523-00014-4 | | | |
| 470 | Claim pending | | 05-27-2024 | $0.00 |
| 472 | Resolved claim | | 09-30-2024 | $0.00 |
| 520 | Bankruptcy or other legal action filed | | 09-19-2024 | $0.00 |
| 582 | Lien placed on assets due to balance owed | | 10-25-2024 | $0.00 |

This Product Contains Sensitive Taxpayer Data



# Internal Revenue Service
## United States Department of the Treasury

```
This Product Contains Sensitive Taxpayer Data
```

# Account Transcript

|  |  |
|---|---|
| Request Date: | 12-13-2024 |
| Response Date: | 12-13-2024 |
| Tracking Number: | 107099649307 |

FORM NUMBER:    1040 SEPARATE ASSESSMENT

TAX PERIOD:    Dec. 31, 2008

TAXPAYER IDENTIFICATION NUMBER:  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

ALPHONSO A TILLMAN

**<<<<POWER OF ATTORNEY/TAX INFORMATION AUTHORIZATION (POA/TIA) ON FILE>>>>**

--- ANY MINUS SIGN SHOWN BELOW SIGNIFIES A CREDIT AMOUNT ---

| | | |
|---|---|---|
| ACCOUNT BALANCE: | 46,972.73 | |
| ACCRUED INTEREST: | 0.00 | AS OF: Dec. 09, 2024 |
| ACCRUED PENALTY: | 0.00 | AS OF: Dec. 09, 2024 |

ACCOUNT BALANCE PLUS ACCRUALS
(this is not a payoff amount):        46,972.73

** INFORMATION FROM THE RETURN OR AS ADJUSTED **

RETURN NOT PRESENT FOR THIS ACCOUNT

```
                        TRANSACTIONS
```

| CODE | EXPLANATION OF TRANSACTION | CYCLE | DATE | AMOUNT |
|---|---|---|---|---|
| n/a | No tax return filed | | | |
| 971 | Tax court petition | | 07-29-2015 | $0.00 |
| 340 | Interest charged for late payment | 20154405 | 11-23-2015 | $12,151.43 |
| 298 | Additional tax assessed 00-00-0000 | 20154405 | | $46,966.73 |
| n/a | 49254-707-00146-5 | | | |

| Code | Description | Cycle | Date | Amount |
|---|---|---|---|---|
| 971 | Notice issued<br>CP 0094 | | 11-23-2015 | $0.00 |
| 673 | Payment | | 06-06-2016 | -$3,500.00 |
| 672 | Removed payment<br>1040 200503<br>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 | | 06-06-2016 | $3,500.00 |
| 290 | Additional tax assessed<br>00-00-0000 | 20171005 | 03-27-2017 | $0.00 |
| n/a | 28254-465-08351-7 | | | |
| 470 | Claim pending | | 03-27-2017 | $0.00 |
| 472 | Resolved claim | | 08-28-2017 | $0.00 |
| 472 | Resolved claim | | 08-28-2017 | $0.00 |
| 582 | Lien placed on assets due to balance owed | | 10-27-2017 | $0.00 |
| 360 | Fees and other expenses for collection | | 11-20-2017 | $6.00 |
| 971 | Issued notice of lien filing and right to Collection<br>Due Process hearing | | 11-02-2017 | $0.00 |
| 971 | Collection due process Notice of Intent to Levy --<br>issued | | 04-12-2018 | $0.00 |
| 530 | Balance due account currently not collectible - due<br>to hardship | | 04-02-2019 | $0.00 |
| 971 | First Levy Issued on Module | | 04-22-2019 | $0.00 |
| 290 | Additional tax assessed<br>00-00-0000 | 20193605 | 09-23-2019 | $0.00 |
| n/a | 88254-642-06188-9 | | | |
| 470 | Claim pending | | 09-23-2019 | $0.00 |
| 472 | Resolved claim | | 05-01-2020 | $0.00 |
| 971 | Notice issued<br>CP 071A | | 11-01-2021 | $0.00 |
| 276 | Penalty for late payment of tax | 20214105 | 11-01-2021 | $11,741.69 |
| 341 | Reduced or removed interest charged for late payment | | 09-26-2022 | -$12,151.43 |
| 290 | Additional tax assessed<br>00-00-0000 | 20223605 | 09-26-2022 | $0.00 |
| n/a | 88254-645-05080-2 | | | |
| 470 | Claim pending | | 09-26-2022 | $0.00 |
| 971 | Notice issued<br>CP 071A | | 10-31-2022 | $0.00 |
| 971 | Notice issued<br>CP 071A | | 10-30-2023 | $0.00 |
| 531 | Account currently considered collectible | | 04-11-2024 | $0.00 |
| 271 | Reduced or removed penalty for late payment of tax | | 05-27-2024 | -$11,741.69 |
| 290 | Additional tax assessed<br>00-00-0000 | 20241905 | 05-27-2024 | $0.00 |
| n/a | 83254-523-00015-4 | | | |
| 470 | Claim pending | | 05-27-2024 | $0.00 |
| 472 | Resolved claim | | 09-30-2024 | $0.00 |
| 960 | Appointed representative | | 10-03-2024 | $0.00 |
| 520 | Bankruptcy or other legal action filed | | 09-19-2024 | $0.00 |

Case 8:24-cv-03723-ABA    Document 16-3    Filed 09/10/25    Page 35 of 35

582   Lien placed on assets due to balance owed                    10-25-2024           $0.00

---

This Product Contains Sensitive Taxpayer Data