THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND
Greenbelt Division

United States Of Amerca		Case No. 8:24-cv-3723

    Plaintiff,		**JUDICIAL NOTICE OF ADJUDICATIVE FACTS**

vs.

        Speedy Trial By An Impartial Jury

Alphonso A. Tillman

    Defendant

Before me, the undersigned authority, personally appeared, Alphonso A. Tillman, who, being duly sworn and declares under penalty of perjury under the laws of the United States of America that the following is true and correct:

## JUDICIAL NOTICE OF ADJUDICATIVE FACTS

**NOW COMES** Alphonso A. Tillman, one of the People as acknowledged in the Bill and Declaration of Rights recognized across all fifty states, and pursuant to the 1867 Maryland Constitution, Declaration of Rights, 1, 2, 3, 4, 6, 7, 20, 33, 43, and 45. Exercising my exclusive, indefeasible, indubitable, and inalienable right to reform, alter, or abolish government in such manner as shall be deemed most conducive to the public welfare, and appearing *sui juris*, hereby submits this **Judicial Notice** to Joycelyn S. Peyton.

### Statement of Facts

1. I, Alphonso A. Tillman, hereinafter referred to as "Defendant," is one of the People of Maryland, endowed with the rights as enumerated in the Maryland Constitution and the Declaration of Rights, including but not limited to Article 1, 2, 3, 4, 6, 7, 20, 33, 43, and 45.

2. Defendant asserts and invokes these rights to address the unlawful actions taken by the Plaintiff as related to the rights protected under the Maryland Constitution, as well as the broader rights of **We the People** of the state.

3. Defendant is hereby making **Judicial Notice** of these matters to Joycelyn S. Peyton, in an effort to formally inform all involved parties of the specific rights and the authority inherited by me (Defendant) under the Maryland **Declaration Of Rights**.

## Judicial Notice

4. I hereby notify the Court and all parties involved that I, Alphonso A. Tillman, hold **indefeasible** and **inalienable rights** as stated in the Maryland **Constitution**, including the right to reform or alter government as necessary for the public good.

5. I assert that these rights cannot be waived, diminished, or infringed upon without violating the core principles of justice, liberty, and due process as set forth in the Maryland **Declaration of Rights**.

6. This **Judicial Notice** serves to inform Joycelyn S. Peyton that they are required to respect and adhere to the principles outlined in the Maryland **Constitution**, including but not limited to the **rights to life, liberty, property, DUE PROCESS and the pursuit of happiness**, along with the mechanisms for seeking redress for violations of those rights.

7. Furthermore, I am making this **Judicial Notice** to ensure that the record reflects my standing and to prevent any actions that may infringe upon my rights, as protected by Maryland Constitution and the broader principles of justice.

8. I respectfully request that the **Court** take notice of these rights and ensure that all proceedings honor and uphold the rights guaranteed to me under the Maryland **Constitution** and the broader framework of inherited rights by **We the People**.

9. I also request that any further actions by Joycelyn S. Peyton be in compliance with the protections provided by the Maryland **Declaration of Rights**, and that these rights be upheld in any and all actions.

**TAKE NOTICE** that I, Alphonso A. Tillman, have filed and request to be heard on my **Judicial Notice of Adjudicative Fact**, along with supporting evidence and the following documents:

a. Motion to Be Heard
b. DEFENDANT'S CONSTITUTIONAL RESPONSE TO PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT
c. CONSTITUTIONAL OBJECTION TO PLAINTIFF'S REQUEST FOR DEFAULT JUDGMENT
d. DEFENDANT'S FIRST SET OF DISCOVERY REQUESTS TO PLAINTIFF
e. RESPONSE AND CONSTITUTIONAL OBJECTION TO ENTRY OF DEFAULT JUDGMENT
f. RESPONSE TO DECLARATION OF IRS REVENUE OFFICER AVERY ASHTON
g. Proposed Order

This submission is respectfully presented for the Court's consideration and appropriate action.

## Conclusion

For the reasons stated above, I hereby issue this **Judicial Notice** to Joycelyn S. Peyton to ensure that the actions or decisions in this matter are aligned with the rights and protections guaranteed by the Maryland **Constitution** and to prevent any further violations of my rights.

**MAXIMS:** Common knowledge includes matters of learning, experience, history, and facts of which judicial notice may be taken, and may be referred to in argument of counsel.

Autograph of Affiant Alphonso A. Tillman<br>
409 Cano Court<br>
Fort Washington, Maryland 20744

STATE OF MARYLAND

Alphonso A. Tillman came before me _Kevin Hilton_ known to me by sharing his / her State ID subscribed and sworn to me and I _Kevin Hilton_ have the authority to take that oath on this 12th day of _September_, 2025.

Notary (Seal)                    Notary Signature: _____

```
KEVIN D HILTON
Notary Public - State of Maryland
Prince George's County
My Commission Expires Dec 10, 2027
```

**CERTIFICATE OF SERVICE**

I, Alphonso A. Tillman have certified that I have this day file to the Clerk Of Court and Joycelyn S. Peyton delivery with this **JUDICIAL NOTICE** by Mail to 6500 Cherrywood Ln, Greenbelt, MD 20770 and P.O.BOX 227 Washington, DC 20044.

_____
Autograph of Affiant Alphonso A. Tillman
409 Cano Court
Fort Washington, Maryland 20744