HD

P...'d by: _____ /s/

USDC-GREENBELT
'25 SEP 12 AM 11:11

THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND
Greenbelt Division

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 8:24-cv-3723 |
| Plaintiff, | **RESPONSE AND CONSTITUTIONAL OBJECTION TO ENTRY OF DEFAULT JUDGMENT** |
| vs. | |
| Alphonso A. Tillman | Speedy Trial By An Impartial Jury |
| Defendant | |

Before me, the undersigned authority, personally appeared, Alphonso A. Tillman, who, being duly sworn and declares under penalty of perjury under the laws of the United States of America that the following is true and correct:

**RESPONSE AND CONSTITUTIONAL OBJECTION TO ENTRY OF DEFAULT JUDGMENT**
**(Based on Violation of Due Process and Statutory Prerequisites for Assessment and Collection)**

COMES NOW Defendant **Alphonso A. Tillman**, appearing *sui juris*, and hereby files this Response and Constitutional Objection to the entry of **Default Judgment** pursuant to Fed. R. Civ. P. 55(b)(1), on the grounds that such judgment has been entered **without satisfaction of constitutionally required due process**, specifically:

1. The **absence of a valid Notice of Deficiency** for the asserted federal income tax liabilities under **26 U.S.C. §§ 6212–6213**; and

2. The **absence of a valid Notice of Determination** for the asserted restitution-based assessments under **26 U.S.C. § 6330**.

The failure of the Government to satisfy these requirements renders the judgment **unconstitutional, void, and unenforceable**.

## I. DEFAULT JUDGMENT CANNOT OVERRIDE CONSTITUTIONALLY REQUIRED PROCEDURE

1. The entry of a default judgment under **Rule 55(b)(1)** does not relieve the Government of its burden to comply with the **procedural due process protections** guaranteed by the **Fifth Amendment**. The Supreme Court has long held that: "A judgment entered without notice or service is constitutionally infirm." — *Peralta v. Heights Medical Center, Inc.*, 485 U.S. 80, 84 (1988).

2. Due process is not satisfied by internal IRS calculations or affidavits alone. The Government must first establish that it **lawfully assessed** the tax and restitution-based liabilities **only after** issuing the taxpayer proper notice and an opportunity to challenge the alleged amounts in a pre-collection forum.

## II. NO VALID NOTICE OF DEFICIENCY — INCOME TAX YEARS 2011–2012, 2014, 2017–2023

3. The Government has failed to provide any evidence that a **Notice of Deficiency** was issued under **26 U.S.C. § 6212**, as required prior to any lawful income tax assessment or collection. The **Fourth Circuit** is clear on this matter: "The IRS is prohibited from assessing a deficiency unless it first issues a notice of deficiency to the taxpayer."
— *Singleton v. United States*, 128 F.3d 833, 835 (4th Cir. 1997).

4. The **Default Judgment entered** against the Defendant for $345,223 in alleged federal income tax liabilities relies on assessments that are **void ab initio** if not preceded by a valid Notice of Deficiency. The Government cannot use a procedural default to evade this **jurisdictional prerequisite**.

## III. NO VALID NOTICE OF DETERMINATION — RESTITUTION-BASED ASSESSMENTS

5. The $2,089,351 default judgment for restitution-based liabilities similarly suffers from a **fatal constitutional defect**. Under **26 U.S.C. § 6330**, the IRS must issue a **Notice of Intent to Levy** and a **Notice of Determination** prior to taking any collection action, including suit in federal court. "Taxpayers are entitled to notice and an opportunity for a hearing before the IRS can proceed with collection by levy." — *Living Care Alts. of Utica v. United States*, 411 F.3d 621, 628 (6th Cir. 2005).

6. The judgment entered is unsupported by any evidence that these mandatory notices were issued to Defendant. As such, the IRS cannot lawfully pursue enforcement of the restitution-based assessments, and any judgment based on them is **void for lack of jurisdiction and due process**.

## IV. RULE 55(b)(1) CANNOT BE USED TO ENTER UNCONSTITUTIONAL JUDGMENT

7. Even if the criteria under **Fed. R. Civ. P. 55(b)(1)** appear satisfied on the surface (i.e., "sum certain," no military service, no incompetency), that rule **cannot authorize judgment** where the **substantive claim is constitutionally defective**. "Courts must ensure that the underlying claim is legally valid, even on default." — *Nishimatsu Constr. Co., Ltd. v. Houston Nat'l Bank*, 515 F.2d 1200, 1206 (5th Cir. 1975) ("A default judgment is unassailable on the merits only so far as it is supported by well-pleaded allegations.") Here, the Government's claims are not "well-pleaded" because they omit a showing of statutory compliance necessary to establish **valid legal liability** in the first place.

## V. RELIEF

WHEREFORE, for the reasons set forth above, Defendant **Alphonso A. Tillman** respectfully requests that this Court:

1. **Vacate** the default judgment entered pursuant to Rule 55(b)(1) on the grounds that the Government failed to comply with **constitutional due process** and **statutory prerequisites** to assessment and collection;

2. **Dismiss** Plaintiff's claims or stay enforcement unless and until the Government provides lawful evidence of:

    a. A properly issued **Notice of Deficiency** under 26 U.S.C. § 6212;

    b. A properly issued **Notice of Determination** under 26 U.S.C. § 6330;

3. **Grant** such further relief as the Court deems just and proper under the Constitution and law.

Autograph of Affiant Alphonso A. Tillman<br>
409 Cano Court Fort Washington, Maryland 20744

STATE OF MARYLAND

Alphonso A. Tillman came before me Kevin Hilton known to me by sharing his / her State ID subscribed and sworn to me and I Kevin Hilt have the authority to take that oath on this 12th day of September, 2025.

Notary (Seal)     Notary Signature: _____

KEVIN D HILTON
Notary Public - State of Maryland
Prince George's County
My Commission Expires Dec 10, 2027

### CERTIFICATE OF SERVICE

I, Alphonso A. Tillman have certified that I have this day file to the Clerk Of Court and Joycelyn S. Peyton delivery with this **RESPONSE AND CONSTITUTIONAL OBJECTION TO ENTRY OF DEFAULT JUDGMENT** by Mail to 6500 Cherrywood Ln, Greenbelt, MD 20770 and P.O.BOX 227 Washington, DC 20044.

_____<br>
Autograph of Affiant Alphonso A. Tillman<br>
409 Cano Court<br>
Fort Washington, Maryland 20744