Rcv'd by: _____

THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND
Greenbelt Division

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 8:24-cv-3723 |
| Plaintiff, | **RESPONSE TO DECLARATION OF IRS REVENUE OFFICER AVERY ASHTON** |
| vs. | |
| Alphonso A. Tillman | Speedy Trial By An Impartial Jury |
| Defendant | |

Before me, the undersigned authority, personally appeared, Alphonso A. Tillman, who, being duly sworn and declares under penalty of perjury under the laws of the United States of America that the following is true and correct:

**RESPONSE TO DECLARATION OF IRS REVENUE OFFICER AVERY ASHTON**
*(Constitutional Objection Based on Absence of Notice of Deficiency and Notice of Determination)*

COMES NOW, Defendant **Alphonso A. Tillman**, appearing *sui juris*, and respectfully files this Response to the Declaration of IRS Revenue Officer **Avery Ashton**, submitted by Plaintiff in support of its request for default judgment. This Response is strictly limited to the constitutional implications of the declaration's omissions — specifically, its failure to demonstrate that the **Internal Revenue Service (IRS)** complied with **Fifth Amendment Due Process requirements** and relevant statutes requiring the issuance of a **Notice of Deficiency (26 U.S.C. § 6212) and Notice of Determination (26 U.S.C. § 6330)**.

**I. DUE PROCESS VIOLATION – FAILURE TO ISSUE NOTICE OF DEFICIENCY**

1.  The **Fifth Amendment** to the U.S. Constitution prohibits the Government from depriving any person of property without **due process of law**. In the context of federal income tax assessments, **due process requires** that the IRS issue a **valid Notice of Deficiency** under **26 U.S.C. § 6212** prior to assessing or collecting any alleged deficiency. "The IRS is prohibited

from assessing a deficiency unless it first issues a notice of deficiency to the taxpayer."

— *Singleton v. United States*, 128 F.3d 833, 835 (4th Cir. 1997).

2. The Declaration of Officer Ashton, while summarizing taxpayer transcripts from the IRS's internal Integrated Data Retrieval System (IDRS), **makes no mention** of any such Notice of Deficiency having been issued. Paragraphs 5–7 of the declaration reference liability figures and assessments but **fail to establish the legal foundation** for such assessments. Absent clear evidence of a validly issued Notice of Deficiency:

   a. The IRS assessments cited are **procedurally defective**;

   b. Defendant was **denied the opportunity to challenge** the alleged liabilities in U.S. Tax Court, as required under § 6213(a);

   c. The IRS's claim for income tax assessments lacks **legal validity**, and enforcement through default judgment would constitute an **unconstitutional taking** of property.

## II. FAILURE TO ISSUE NOTICE OF DETERMINATION FOR RESTITUTION-BASED ASSESSMENTS

3. Paragraphs 8–10 of Officer Ashton's declaration refer to restitution-based liabilities assessed for tax periods between 2005 and 2008. However, the declaration **does not demonstrate compliance with 26 U.S.C. § 6330**, which requires that the IRS issue a **Notice of Intent to Levy** and provide the taxpayer with a **Notice of Determination** and the opportunity for a **Collection Due Process (CDP) hearing** before any collection action can proceed. "Before proceeding with a levy to collect unpaid taxes, the IRS must issue a notice of intent to levy and notify the taxpayer of his right to a CDP hearing." — *Living Care Alts. of Utica v. United States*, 411 F.3d 621, 628 (6th Cir. 2005).

4. No such notice is identified or referenced in the Ashton Declaration. Therefore:

   a. The Government cannot lawfully collect on the restitution-based assessments;

b. Defendant was denied the procedural opportunity to challenge the assessment or its amount;

c. Enforcement of collection without proper notice constitutes a violation of **constitutional due process**.

## III. INTERNAL RECORDS DO NOT SUBSTITUTE FOR STATUTORY NOTICE

5.   While the Ashton Declaration references IDRS transcripts and asserts unpaid balances, such internal administrative records **cannot substitute** for legally required notice under the Internal Revenue Code. The existence of an alleged liability on an IRS transcript does not create jurisdiction or justify judicial enforcement in the absence of constitutionally required notice procedures. "[Due process] requires notice reasonably calculated, under all the circumstances, to apprise interested parties of the pendency of the action and afford them an opportunity to present their objections." — *Mullane v. Central Hanover Bank & Trust Co.*, 339 U.S. 306, 314 (1950) The Government's reliance on internal IRS database printouts, without proper legal notice, fails this standard.

## IV. RELIEF

WHEREFORE, Defendant Alphonso Tillman respectfully requests that this Court:

1. **Reject** the Declaration of Avery Ashton as insufficient to establish lawful assessments or enforceable liabilities under the U.S. Constitution and applicable statutes;

2. **Deny** Plaintiff's request for default judgment based on constitutionally defective claims;

3. **Dismiss** any claim based on assessments not preceded by a valid **Notice of Deficiency** or **Notice of Determination**, or alternatively require the Government to produce said notices before proceeding further;

4. **Grant** such other relief as this Court deems just and proper.

Autograph of Affiant Alphonso A. Tillman<br>
409 Cano Court Fort Washington, Maryland 20744

STATE OF MARYLAND

Alphonso A. Tillman came before me \_\_Kevin Hilton\_\_ known to me by sharing his / her State ID subscribed and sworn to me and I \_\_Kevin Hilton\_\_ have the authority to take that oath on this 12th day of September, 2025.

Notary (Seal)
KEVIN D HILTON
Notary Public - State of Maryland
Prince George's County
My Commission Expires Dec 10, 2027

Notary Signature: _____

**CERTIFICATE OF SERVICE**

I, Alphonso A. Tillman have certified that I have this day file to the Clerk Of Court and Joycelyn S. Peyton delivery with this **RESPONSE TO DECLARATION OF IRS REVENUE OFFICER AVERY ASHTON** by Mail to 6500 Cherrywood Ln, Greenbelt, MD 20770 and P.O.BOX 227 Washington, DC 20044.

_____<br>
Autograph of Affiant Alphonso A. Tillman<br>
409 Cano Court<br>
Fort Washington, Maryland 20744